Form 706 (Rev. April 1997) Department of the Treasury Internal Revenue Service

# United States Estate (and Generation-Skipping Transfer) Tax Return

Estate of a citizen or resident of the United States (see separate instructions). To be filed for decedents dying after October 8, 1990. For Paperwork Reduction Act Notice, see page 1 of the separate instructions.

OMB No. 1545-0015

## Part 1. - Decedent and Executor

1a Decedent's first name and middle initial (and maiden name, if any): RANKIN M.
1b Decedent's last name: SMITH, SR.
2 Decedent's social security no.: 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
3a Legal residence (domicile) at time of death (county, state, and ZIP code, or foreign country): ATLANTA, FULTON COUNTY, GA. 30327
3b Year domicile established: 1925
4 Date of birth: 10/29/25
5 Date of death: 10-26-97
6a Name of executor (see page 2 of the instructions): SUNTRUST BANK, ATLANTA (SEE NEXT PG)
6b Executor's address (number and street including apartment or suite no. or rural route; city, town, or post office; state; and ZIP code): P.O. BOX 4655, DEPT. 251 ATLANTA, GA. 30302
6c Executor's social security number (see page 2 of the instructions): 58-0466330
7a Name and location of court where will was probated or estate administered: FULTON COUNTY PROBATE COURT, ATLANTA, GEORGIA
7b Case number: BK 162/ PG104
8 If decedent died testate, check here ▶ X and attach a certified copy of the will.
9 If Form 4768 is attached, check here ▶ X
10 If Schedule R-1 is attached, check here ▶

## Part 2. - Tax Computation

| Line | Description | Sub-line | Sub-amount | Line | Amount |
|---|---|---|---|---|---|
| 1 | Total gross estate (from Part 5, Recapitulation, page 3, item 10) | | | 1 | 36,151,175.12 |
| 2 | Total allowable deductions (from Part 5, Recapitulation, page 3, item 20) | | | 2 | 13,462,799.09 |
| 3 | Taxable estate (subtract line 2 from line 1) | | | 3 | 22,688,376.03 |
| 4 | Adjusted taxable gifts (total taxable gifts (within the meaning of section 2503) made by the decedent after December 31, 1976, other than gifts that are includible in decedent's gross estate (section 2001(b)) | | | 4 | 827,859.00 |
| 5 | Add lines 3 and 4 | | | 5 | 23,516,235.03 |
| 6 | Tentative tax on the amount on line 5 from Table A on page 10 of the instructions | | | 6 | 12,574,729.27 |
| 7a | If line 5 exceeds $10,000,000, enter the lesser of line 5 or $21,040,000. If line 5 is $10,000,000 or less, skip lines 7a and 7b and enter -0- on line 7c. | 7a | 21,040,000.00 | | |
| b | Subtract $10,000,000 from line 7a | 7b | 11,040,000.00 | | |
| c | Enter 5% (.05) of line 7b | | | 7c | 552,000.00 |
| 8 | Total tentative tax (add lines 6 and 7c) | | | 8 | 13,126,729.27 |
| 9 | Total gift tax payable with respect to gifts made by the decedent after December 31, 1976. Include gift taxes by the decedent's spouse for such spouse's share of split gifts (section 2513) only if the decedent was the donor of these gifts and they are includible in the decedent's gross estate (see instructions) | | | 9 | 86,223.69 |
| 10 | Gross estate tax (subtract line 9 from line 8) | | | 10 | 13,040,505.58 |
| 11 | Maximum unified credit against estate tax | 11 | 192,800.00 | | |
| 12 | Adjustment to unified credit. (This adjustment may not exceed $6,000. See page 7 of the instructions.) | 12 | 0.00 | | |
| 13 | Allowable unified credit (subtract line 12 from line 11) | | | 13 | 192,800 |
| 14 | Subtract line 13 from line 10 (but do not enter less than zero) | | | 14 | 12,847,705.58 |
| 15 | Credit for state death taxes. Do not enter more than line 14. Compute the credit by using the amount on line 3 less $60,000. See Table B in the instructions and attach credit evidence (see instructions) | | | 15 | 3,096,940.16 |
| 16 | Subtract line 15 from line 14 | | | 16 | 9,750,765.42 |
| 17 | Credit for Federal gift taxes on pre-1977 gifts (section 2012) (attach computation) | 17 | 0.00 | | |
| 18 | Credit for foreign death taxes (from Schedule(s) P). (Attach Form(s) 706-CE.) | 18 | 0.00 | | |
| 19 | Credit for tax on prior transfers (from Schedule Q) | 19 | 0.00 | | |
| 20 | Total (add lines 17, 18, and 19) | | | 20 | 0.00 |
| 21 | Net estate tax (subtract line 20 from line 16) | | | 21 | 9,750,765.42 |
| 22 | Generation-skipping transfer taxes (from Schedule R, Part 2, line 10) | | | 22 | 0.00 |
| 23 | Section 4980A increased estate tax (from Schedule S, Part I, line 17) (see page 20 of the instructions) | | | 23 | 0.00 |
| 24 | Total transfer taxes (add lines 21, 22, and 23) | | | 24 | 9,750,765.42 |
| 25 | Prior payments. Explain in an attached statement | 25 | 703,597.00 | | |
| 26 | United States Treasury bonds redeemed in payment of estate tax | 26 | 0.00 | | |
| 27 | Total (add lines 25 and 26) | | | 27 | 703,597.00 |
| 28 | Balance due (or overpayment) (subtract line 27 from line 24) | | | 28 | 9,047,168.42 |

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer other than the executor is based on all information of which preparer has any knowledge.

SUNTRUST BANK, ATLANTA, CO-EX U/W
BY: [signature] & BY: [signature]
Signature(s) of executor(s) THOMAS A. SHANKS, JR. FIRST VICE-PRESIDENT
TAYLOR W. SMITH, CO-EXECUTOR U/W Date 1/26/99
& BY: [signature]
RANKIN M. SMITH, JR. CO-EXECUTOR U/W

[signature]
Signature of preparer other than executor David M. Langford
BOX 4655, ATLANTA, GA. 30302
Address (and ZIP code)
Date 1-26-99

JSA
7W9201 1.000

Estate of: RANKIN M. SMITH, SR. 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

EXECUTORS U/W RANKIN M. SMITH

SUNTRUST BANK, ATLANTA
TIN 58-0466330
BOX 4655, DEPT. 251
ATLANTA, GA 30302

TAYLOR W. SMITH
C/O SUNTRUST BANK, ATLANTA
BOX 4655, DEPT. 251
ATLANTA, GA 30302
S.S.N.: 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

RANKIN M. SMITH, JR.
C/O SUNTRUST BANK, ATLANTA
BOX 4655, DEPT. 251
ATLANTA, GA 30302
S.S.N.: 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

Form 706 (Rev. 4-97)

**Estate of:** RANKIN M. SMITH, SR. 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

## Part 3. — Elections by the Executor

| Please check the "Yes" or "No" box for each question. (See instructions beginning on page 3.) | Yes | No |
|---|---|---|
| 1 Do you elect alternate valuation? | | X |
| 2 Do you elect special use valuation? If "Yes," you must complete and attach Schedule A-1. | | X |
| 3 Do you elect to pay the taxes in installments as described in section 6166? If "Yes," you must attach the additional information described on page 5 of the instructions. | X | |
| 4 Do you elect to postpone the part of the taxes attributable to a reversionary or remainder interest as described in section 6163? | | X |

## Part 4. — General Information (Note: Please attach the necessary supplemental documents. You must attach the death certificate.)

(See instructions beginning on page 6.)

Authorization to receive confidential tax information under Regulations section 601.504(b)(2)(i), to act as the estate's representative before the Internal Revenue Service, and to make written or oral presentations on behalf of the estate if return prepared by an attorney, accountant, or enrolled agent for the executor:

| Name of representative (print or type) | State | Address (number, street, and room or suite no., city, state, and ZIP code) |
|---|---|---|
| | | |

I declare that I am ☐ attorney/ ☐ cert. public accountant/ ☐ enrolled agent (you must check the applicable box) for the executor & prepared this return for the executor. I am not under suspension or disbarment from practice before the IRS & am qualified to practice in the state shown above.

| Signature | CAF number | Date | Telephone number |
|---|---|---|---|
| | | | |

1 Death certificate number and issuing authority (attach a copy of the death certificate to this return).
NO. 008860--GA. DEPT. OF HUMAN RESOURCES/VITAL RECORDS SERVICE

2 Decedent's busn. or occupation. If retired, check here ▶ ☐ and state decedent's former business or occupation.
CORPORATE EXECUTIVE

3 Marital status of the decedent at time of death:
- ☒ Married
- ☐ Widow or widower -- Name, SSN, and date of death of deceased spouse ▶
- ☐ Single
- ☐ Legally separated
- ☐ Divorced -- Date divorce decree became final ▶

| 4a Surviving spouse's name | 4b Social security number | 4c Amount received (see page 6 of the instructions) |
|---|---|---|
| CHARLOTTE T. SMITH | 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 | 3,584,124.80 |

5 Individuals (other than surviving spouse), trusts, or other estates who receive benefits from the estate (do not include charitable beneficiaries shown in Schedule O) (see inst.). For Privacy Act Notice (applicable to individual beneficiaries only), see the Instructions for Form 1040.

| Name of individual, trust, or estate receiving $5,000 or more | Identifying number | Relationship to decedent | Amount (see inst.) |
|---|---|---|---|
| TAYLOR W. SMITH | 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 | SON | 3,048,826.76 |
| RANKIN M. SMITH, JR. | 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 | SON | 3,377,826.76 |
| CARROLL WALRAVEN | 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 | DAUGHTER | 3,047,721.76 |
| DOROTHY ANNE KNOX | 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 | DAUGHTER | 3,047,721.76 |
| KAREN S. OWEN | 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 | DAUGHTER | 3,279,521.76 |
| RANKIN M. SMITH, III | 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 | GRANDSON | 231,184.80 |
| REBECCA W. SMITH | 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 | GRANDDAUGHTER | 231,184.80 |
| KATHERINE C. SMITH | 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 | GRANDDAUGHTER | 57,176.43 |
| SARAH B. SMITH | 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 | GRANDDAUGHTER | 57,176.43 |
| VIRGIL R. WALRAVEN | 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 | GRANDSON | 57,176.43 |
| All unascertainable beneficiaries and those who receive less than $5,000 ▶ | | | 0.00 |
| Total | | | 16,435,517.69 |

(continued on next page)



CAA 7 70S2 NTF 9796A

Copyright Forms Software Only, 1997 Nelco, Inc.

Form 706 (Rev. 4-97)

## Part 4. -- General Information (continued)

| Please check the "Yes" or "No" box for each question. | | Yes | No |
|---|---|---|---|
| 6 | Does the gross estate contain any section 2044 property (qualified terminable interest property (QTIP) from a prior gift or estate) (see page 6 of the instructions)? | | X |
| 7a | Have Federal gift tax returns ever been filed? If "Yes," please attach copies of the returns, if available, and furnish the following information: | X | |
| 7b | Period(s) covered: See Schedule attached — 7c Internal Revenue office(s) where filed | | |
| | **If you answer "Yes" to any of questions 8-16, you must attach additional information as described in the instructions.** | | |
| 8a | Was there any insurance on the decedent's life that is not included on the return as part of the gross estate? | X | |
| b | Did the decedent own any insurance on the life of another that is not included in the gross estate? | | X |
| 9 | Did the decedent at the time of death own any property as a joint tenant with right of survivorship in which **(a)** one or more of the other joint tenants was someone other than the decedent's spouse, and **(b)** less than the full value of the property is included on the return as part of the gross estate? If "Yes," you must complete and attach Schedule E | | X |
| 10 | Did the decedent, at the time of death, own any interest in a partnership or unincorporated business or any stock in an inactive or closely held corporation? | X | |
| 11 | Did the decedent make any transfer described in section 2035, 2036, 2037, or 2038 (see the instructions for Schedule G beginning on page 11 of the separate instructions)? If "Yes," you must complete and attach Schedule G | X | |
| 12 | Were there in existence at the time of the decedent's death: | | |
| a | Any trusts created by the decedent during his or her lifetime? | X | |
| b | Any trusts not created by the decedent under which the decedent possessed any power, beneficial interest, or trusteeship? | | X |
| 13 | Did the decedent ever possess, exercise, or release any general power of appointment? If "Yes," you must complete and attach Schedule H | | X |
| 14 | Was marital deduction computed under transitional rule of Public Law 97-34, sec. 403 (e)(3) (Economic Recovery Tax Act of 1981)? If "Yes," attach a separate computation of the marital deduction, enter the amount on item 18 of the Recapitulation, and note on item 18 "computation attached." | | X |
| 15 | Was the decedent, immediately before death, receiving an annuity described in the "General" paragraph of the instructions for Schedule I? If "Yes," you must complete and attach Schedule I | X | |
| 16 | Did the decedent have a total "excess retirement accumulation" (as defined in section 4980A(d)) in qualified employer plans and individual retirement plans? If "Yes," you must complete and attach Schedule S | | X |

## Part 5. -- Recapitulation

| Item no. | Gross estate | Alternate value | Value at date of death |
|---|---|---|---|
| 1 | Schedule A -- Real Estate | | 1,086,410.00 |
| 2 | Schedule B -- Stocks and Bonds | | 27,322,580.55 |
| 3 | Schedule C -- Mortgages, Notes, and Cash | | 2,663.19 |
| 4 | Schedule D -- Insurance on the Decedent's Life (attach Form(s) 712) | | 255,000.00 |
| 5 | Schedule E -- Jointly Owned Property (attach Form(s) 712 for life insurance) | | 27,213.36 |
| 6 | Schedule F -- Other Miscellaneous Property (attach Form(s) 712 for life insurance) | | 4,885,753.58 |
| 7 | Schedule G -- Transfers During Decedent's Life (attach Form(s) 712 for life insurance) | | 2,159,173.13 |
| 8 | Schedule H -- Powers of Appointment | | 0.00 |
| 9 | Schedule I -- Annuities | | 412,381.31 |
| 10 | Total gross estate (add items 1 through 9). Enter here and on line 1 of the Tax Computation | | 36,151,175.12 |

| Item no. | Deductions | Amount |
|---|---|---|
| 11 | Schedule J -- Funeral Expenses and Expenses Incurred in Administering Property Subject to Claims | 2,976,820.89 |
| 12 | Schedule K -- Debts of the Decedent | 5,226,010.20 |
| 13 | Schedule K -- Mortgages and Liens | 1,675,843.20 |
| 14 | Total of items 11 through 13 | 9,878,674.29 |
| 15 | Allowable amount of deductions from item 14 (see the instructions for item 15 of the Recapitulation) | 9,878,674.29 |
| 16 | Schedule L -- Net Losses During Administration | 0.00 |
| 17 | Schedule L -- Expenses Incurred in Administering Property Not Subject to Claims | 0.00 |
| 18 | Schedule M -- Bequests, etc., to Surviving Spouse | 3,584,124.80 |
| 19 | Schedule O -- Charitable, Public, and Similar Gifts and Bequests | 0.00 |
| 20 | Total allowable deductions (add items 15 through 19). Enter here and on line 2 of the Tax Computation | 13,462,799.09 |



CAA 7 7063 NTF 9593

Copyright Forms Software Only, 1997 Nelco, Inc.

Form 706 (Rev. 4-97)

**Estate of:** RANKIN M. SMITH, SR. 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

## SCHEDULE A -- Real Estate

- For jointly owned property that must be disclosed on Schedule E, see the instructions for Schedule E.
- Real estate that is part of a sole proprietorship should be shown on Schedule F.
- Real estate that is included in the gross estate under section 2035, 2036, 2037, or 2038 should be shown on Schedule G.
- Real estate that is included in the gross estate under section 2041 should be shown on Schedule H.
- If you elect section 2032A valuation, you must complete Schedule A and Schedule A-1.

| Item no. | Description | Alternate valuation date | Alternate value | Value at date of death |
|---|---|---|---|---|
| 1 | PLANTATION HOME INCLUDING 10.283 ACRES, LOCATED IN THOMAS COUNTY, GEORGIA (SEE ATTACHED APPRAISAL REPORT BY ALMAND AND COMPANY) | | | 400,000.00 |
| 2 | CONDOMINIUM UNIT 297, LOCATED AT 1000 BEACH ROAD, VERO BEACH, FLORIDA (SEE ATTACHED APPRAISAL) | | | 610,000.00 |
| 3 | JOHN'S ISLAND, FLORIDA, CLUB EQUITY MEMBERSHIP (SEE ATTACHED APPRAISAL) | | | 76,410.00 |
| | Total from continuation schedules or additional sheets attached to this schedule . . . . . . . | | | 0.00 |
| | TOTAL. (Also enter on Part 5, Recapitulation, page 3, at item 1.) . . . . . . . . . . . . . . . . . . . . | | | 1,086,410.00 |

(If more space is needed, attach the continuation schedule from the end of this package or additional sheets of the same size.)

(See the instructions on page 5.)



CAA 7 70SA1 NTF 9797A

Copyright Forms Software Only, 1997 Nelco, Inc.

Form 706 (Rev. 4-97)

**Estate of:** RANKIN M. SMITH, SR. 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

## SCHEDULE B -- Stocks and Bonds

(For jointly owned property that must be disclosed on Schedule E, see the instructions for Schedule E.)

| Item no. | Description including face amount of bonds or number of shares and par value where needed for identification. Give 9-digit CUSIP number. | Unit value | Alternate valuation date | Alternate value | Value at date of death |
|---|---|---|---|---|---|
| | See Schedule attached | | | | |
| | Total from continuation schedules (or additional sheets) attached to this schedule .... | | | | 27,322,580.55 |
| | **TOTAL** (Also enter on Part 5, Recapitulation, page 3, at item 2.) .................. | | | | 27,322,580.55 |

(If more space is needed, attach the continuation schedule from the end of this package or additional sheets of the same size.)

(The instructions to Schedule B are in the separate instructions.)



CAA 7 70SB1 NTF 9802

Copyright Forms Software Only, 1997 Nelco, Inc

Estate of: RANKIN M. SMITH, SR. 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

SCHEDULE B -- Stocks and Bonds

| Item No. | Description | Unit Value | Alternate Val. Date | Alternate Value | Value at Date of Death |
|---|---|---|---|---|---|
| | COMMON STOCKS | | | | |
| 1 | 36,784 SHS AARON RENTS, INC., COM | 16.906250 | | | 621,879.50 |
| 2 | 472 SHS AMERICAN BUSINESS PRODUCTS, INC., COM | 22.656250 | | | 10,693.75 |
| 3 | 500 SHS DIAL CORP. COM | 16.890625 | | | 8,445.31 |
| 4 | 252 SHS EDISON INTERNATIONAL COM | 26.2576984 | | | 6,616.94 |
| 5 | ACCRUED DIVIDEND ON ITEM 4 | | | | 63.00 |
| 6 | 4,500 SHS EURO DISNEYLAND SCA, SEDOL #4320878 | 1.32000000 | | | 5,940.00 |
| 7 | 1,000 EURO DISNEYLAND SCA WARRANTS EXPIRING 07-11-2004, SEDOL #4181611 | 0.12500000 | | | 125.00 |
| 8 | 250 SHS FINOVA GROUP COM | 43.859375 | | | 10,964.84 |
| 9 | 18,331 SHS SUNTRUST BANKS, INC., COM | 66.8906250 | | | 1,226,172.05 |
| 10 | 500 SHS VIAD CORP COM | 19.0937500 | | | 9,546.88 |
| | CLOSELY-HELD SECURITIES | | | | |
| 11 | 12,424 SHARES THE FIVE SMITHS, INC., CLASS A COMMON STOCK (SEE ATTACHED VALUATION REPORT) | 2042.01545 | | | 25,369,999.95 |
| 12 | 1,217.50 SHS MOUNT VERNON SURETY CO. COM--CONSIDERED WORTHLESS (SEE ATTACHED VALUATION MEMORANDUM) | | | | 0.00 |

TOTAL. (Carry forward to main schedule) . . . . . . 27,270,447.22

Estate of: RANKIN M. SMITH, SR. 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

SCHEDULE B -- Stocks and Bonds

| Item No. | Description | Unit Value | Alternate Val. Date | Alternate Value | Value at Date of Death |
|---|---|---|---|---|---|
| 13 | 500 SHS THE NEST, INC., COM--CONSIDERED WORTHLESS: THE SOLE ASSET OF THE CORPORATION IS A ONE PERCENT GENERAL PARTNERSHIP INTEREST IN FALCONS NEST I, LTD., WHICH PARTNERSHIP IS INSOLVENT (SEE SCHEDULE F, ITEM 5 REGARDING THE ESTATE'S PARTNERSHIP INTERESTS IN FALCONS NEST I, LTD.) | | | | 0.00 |
| 14 | 500 SHS THE NEST, II, INC., COM (THE SOLE ASSET OF THE CORPORATION IS A ONE PERCENT GENERAL PARTNERSHIP INTEREST IN FALCONS NEST, II, LTD) (SEE ATTACHED VALUATION REPORT FOR THE PARTNERSHIP INTERESTS IN FALCONS NEST, II, LTD., RETURNED AT SCHEDULE F, ITEM 6) | 104.266667 | | | 52,133.33 |

TOTAL. (Carry forward to main schedule) . . . . . . 52,133.33

Form 706 (Rev. 4-97)

**Estate of:** RANKIN M. SMITH, SR. 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

## SCHEDULE C — Mortgages, Notes, and Cash

(For jointly owned property that must be disclosed on Schedule E, see the instructions for Schedule E.)

| Item no. | Description | Alternate valuation date | Alternate value | Value at date of death |
|---|---|---|---|---|
| 1 | NATIONSBANK CHECKING ACCOUNT NO. 0144316081 | | | 701.41 |
| 2 | LOAN RECEIVABLE FROM THE FIVE SMITHS, INC. | | | 1,961.78 |
| | Total from continuation schedules (or additional sheets) attached to this schedule . . . . . | | | 0.00 |
| | **TOTAL.** (Also enter on Part 5, Recapitulation, page 3, at item 3.) . . . . . . . . . . . . . . . . . . . . | | | 2,663.19 |

(If more space is needed, attach the continuation schedule from the end of this package or additional sheets of the same size.)

(See the instructions on page 14.)



CAA 7 70SC1 NTF 9803

Copyright Forms Software Only, 1997 Nelco, Inc

Form 706 (Rev. 4-97)

**Estate of:** RANKIN M. SMITH, SR. 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

## SCHEDULE D -- Insurance on the Decedent's Life

You must list **all** policies on the life of the decedent and attach a Form 712 for each policy.

| Item no. | Description | Alternate valuation date | Alternate value | Value at date of death |
|---|---|---|---|---|
| | THE PROCEEDS OF THE FOLLOWING POLICIES OF INSURANCE ON THE LIFE OF THE DECEDENT WERE PAYABLE TO AND RECEIVED BY THE ESTATE:<br>---------------------------------------- | | | |
| 1 | UNION CENTRAL LIFE INSURANCE CO. GROUP TERM POLICY (FORM 712 NOT YET RECEIVED) | | | 205,000.00 |
| 2 | CONTINENTAL ASSURANCE CO. GROUP TERM POLICY NO. L40207A2 (FORM 712 NOT YET RECEIVED) | | | 50,000.00 |
| | THE FOLLOWING POLICY OF INSURANCE ON THE LIFE OF THE DECEDENT IS A SECOND-TO-DIE POLICY AND IS CONSIDERED TO HAVE NO VALUE:<br>---------------------------------------- | | | |
| 3 | NEW ENGLAND LIFE SECOND-TO-DIE POLICY NO. 8809521 (FORM 712 NOT YET RECEIVED):<br>ESTIMATED PROCEEDS: $128,018.00 | | | 0.00 |
| | THE FOLLOWING POLICIES OF INSURANCE ON THE LIFE OF THE DECEDENT WERE OWNED BY AND PAYABLE TO THE FIVE SMITHS, INC.:<br>---------------------------------------- | | | |
| 4 | PENN MUTUAL LIFE INSURANCE CO. POLICY NO. 5206442 (SEE ATTACHED FORM 712):<br>NET AMOUNT PAYABLE: $506,676.64 | | | 0.00 |
| 5 | PENN MUTUAL LIFE INSURANCE CO. POLICY NO. 5206443 (SEE ATTACHED FORM 712):<br>NET AMOUNT PAYABLE: $506,675.52 | | | 0.00 |
| 6 | PENN MUTUAL LIFE INSURANCE CO. POLICY NO. 5206444 (SEE ATTACHED FORM 712):<br>NET PROCEEDS PAYABLE: $506,675.51 | | | 0.00 |
| 7 | PENN MUTUAL LIFE INSURANCE CO. POLICY NO. 5206445 (SEE ATTACHED FORM 712):<br>NET PROCEEDS PAYABLE: $506,675.54 | | | 0.00 |
| | Total from continuation schedules (or additional sheets) attached to this schedule . . . . . | | | 0.00 |
| | **TOTAL** (Also enter on Part 5, Recapitulation, page 3, at item 4.) . . . . . . . . . . . . . . . . . . | | | 255,000.00 |

(If more space is needed, attach the continuation schedule from the end of this package or additional sheets of the same size.)

(See the instructions on page 16.)



CAA 7 70SD1 NTF 9804

Copyright Forms Software Only, 1997 Nelco, Inc.

Estate of: RANKIN M. SMITH, SR. 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

SCHEDULE D -- Insurance on the Decedent's Life

| Item No. | Description | Alternate Val. Date | Alternate Value | Value at Date of Death |
|---|---|---|---|---|
| 8 | PENN MUTUAL LIFE INSURANCE CO. POLICY NO. 7149712 (SEE ATTACHED FORM 712):<br>NET PROCEEDS PAYABLE: $2,719,134.16 | | | 0.00 |
| 9 | PENN MUTUAL LIFE INSURANCE CO. POLICY NO. 7149713 (SEE ATTACHED FORM 712):<br>NET PROCEEDS PAYABLE: $2,718,532.49 | | | 0.00 |
| 10 | LIFE OF GEORGIA POLICY NO. 2622304 (SEE ATTACHED FORM 712):<br>NET PROCEEDS PAYABLE: $1,236,706.06 | | | 0.00 |
| 11 | LIFE OF GEORGIA POLICY NO. 2703483 (SEE ATTACHED FORM 712):<br>NET PROCEEDS PAYABLE: $2,610,812.95 | | | 0.00 |
| 12 | PRUDENTIAL INSURANCE CO. POLICY NO. W0-000-013 (SEE ATTACHED FORM 712):<br>NET PROCEEDS PAYABLE: $1,098,044.08 | | | 0.00 |
| 13 | PRUDENTIAL INSURANCE CO. POLICY NO. 79-676-819 (SEE ATTACHED FORM 712):<br>NET PROCEEDS PAYABLE: $5,934,048.23 | | | 0.00 |
| | THE FOLLOWING POLICIES OF INSURANCE ON THE LIFE OF THE DECEDENT WERE JOINTLY OWNED IN A "SPLIT-DOLLAR" ARRANGEMENT BETWEEN THE FIVE SMITHS, INC., AND EACH OF THE DECEDENT'S FIVE CHILDREN:<br>------------------------------------------ | | | |
| 14 | PENN MUTUAL LIFE INSURANCE CO. POLICY NO. 5625943 (SEE ATTACHED FORM 712):<br>NET PROCEEDS PAYABLE: $1,030,749.82 | | | 0.00 |
| 15 | PENN MUTUAL LIFE INSURANCE CO. POLICY NO. 5625944 (SEE ATTACHED FORM 712):<br>NET PROCEEDS PAYABLE: $1,030,749.28 | | | 0.00 |
| 16 | NATIONAL FIDELITY LIFE INSURANCE CO. POLICY NO. 4403817880 (SEE ATTACHED FORM 712):<br>NET PROCEEDS PAYABLE: $864,767.28 | | | 0.00 |

TOTAL. (Carry forward to main schedule) . . . . . . 0.00

Estate of: RANKIN M. SMITH, SR. 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

SCHEDULE D -- Insurance on the Decedent's Life

| Item No. | Description | Alternate Val. Date | Alternate Value | Value at Date of Death |
|---|---|---|---|---|
| 17 | NATIONAL FIDELITY LIFE INSURANCE CO. POLICY NO. 4403750040 (SEE ATTACHED FORM 712): NET PROCEEDS PAYABLE: $864,767.28 | | | 0.00 |
| 18 | NATIONAL FIDELITY LIFE INSURANCE CO. POLICY NO. 4403816220 (SEE ATTACHED FORM 712): NET PROCEEDS PAYABLE: $864,767.28 | | | 0.00 |
| | THE FOLLOWING POLICIES OF INSURANCE ON THE LIFE OF THE DECEDENT WERE OWNED BY AND PAYABLE TO THAT CERTAIN TRUST CREATED BY MIRIAM W. SMITH, THE DECEDENT'S FIRST WIFE: | | | |
| 19 | PENN MUTUAL LIFE INSURANCE CO. POLICY NO. 4695454 (SEE ATTACHED FORM 712): NET PROCEEDS PAYABLE: $227,497.39 | | | 0.00 |
| 20 | PENN MUTUAL LIFE INSURANCE CO. POLICY NO. 4695455 (SEE ATTACHED FORM 712): NET PROCEEDS PAYABLE: $361,175.34 | | | 0.00 |
| 21 | PENN MUTUAL LIFE INSURANCE CO. POLICY NO. 5267972 (SEE ATTACHED FORM 712): NET PROCEEDS PAYABLE: $480,460.15 | | | 0.00 |
| 22 | PENN MUTUAL LIFE INSURANCE CO. POLICY NO. 5267973 (SEE ATTACHED FORM 712): NET PROCEEDS PAYABLE: $480,460.15 | | | 0.00 |
| 23 | PENN MUTUAL LIFE INSURANCE CO. POLICY NO. 5267974 (SEE ATTACHED FORM 712): NET PROCEEDS PAYABLE: $480,460.15 | | | 0.00 |
| 24 | PENN MUTUAL LIFE INSURANCE CO. POLICY NO. 5267975 (SEE ATTACHED FORM 712): NET PROCEEDS PAYABLE: $480,460.15 | | | 0.00 |
| 25 | LIFE OF GEORGIA POLICY NO. 115572 (SEE ATTACHED FORM 712): NET PROCEEDS PAYABLE: $8,768.36 | | | 0.00 |

TOTAL. (Carry forward to main schedule) . . . . . . 0.00

Estate of: RANKIN M. SMITH, SR. 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

SCHEDULE D -- Insurance on the Decedent's Life

| Item No. | Description | Alternate Val. Date | Alternate Value | Value at Date of Death |
|---|---|---|---|---|
| 26 | LIFE OF GEORGIA POLICY NO. 115573 (SEE ATTACHED FORM 712): NET PROCEEDS PAYABLE: $8,768.36 | | | 0.00 |
| 27 | LIFE OF GEORGIA POLICY NO. 115574 (SEE ATTACHED FORM 712): NET PROCEEDS PAYABLE: $8,768.36 | | | 0.00 |
| 28 | LIFE OF GEORGIA POLICY NO. 115575 (SEE ATTACHED FORM 712): NET PROCEEDS PAYABLE: $8,768.36 | | | 0.00 |
| 29 | LIFE OF GEORGIA POLICY NO. 350584 (SEE ATTACHED FORM 712): NET PROCEEDS PAYABLE: $76,609.65 | | | 0.00 |
| 30 | LIFE OF GEORGIA POLICY NO. 399866 (SEE ATTACHED FORM 712): NET PROCEEDS PAYABLE: $10,130.15 | | | 0.00 |
| 31 | LIFE OF GEORGIA POLICY NO. 500012278 (SEE ATTACHED FORM 712): NET PROCEEDS PAYABLE: $268.15 | | | 0.00 |

TOTAL.(Carry forward to main schedule) . . . . . . 0.00

Form 706 (Rev. 4-97)

**Estate of:** RANKIN M. SMITH, SR. 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

## SCHEDULE E -- Jointly Owned Property

(If you elect section 2032A valuation, you must complete Schedule E and Schedule A-1.)

**PART 1.** — Qualified Joint Interests -- Interests Held by the Decedent and His or Her Spouse as the Only Joint Tenants (Section 2040(b)(2))

| Item no. | Description For securities, give CUSIP number, if available. | Alternate valuation date | Alternate value | Value at date of death |
|---|---|---|---|---|
| 1 | SUNTRUST BANK, ATLANTA, JOINT CHECKING ACCOUNT NO. 8812008335 | | | 54,426.73 |
| | Total from continuation schedules (or additional sheets) attached to this schedule | | | 0.00 |
| 1a | Totals | | | 54,426.73 |
| 1b | Amounts included in gross estate (one-half of line 1a) | | | 27,213.36 |

**PART 2.** — All Other Joint Interests

2a State the name and address of each surviving co-tenant. If there are more than three surviving co-tenants, list the additional co-tenants on an attached sheet.

| | Name | Address (number and street, city, state, and ZIP code) |
|---|---|---|
| A. | | |
| B. | | |
| C. | | |

| Item no. | Enter letter for co-tenant | Description (including alternate valuation date if any) For securities, give CUSIP number, if available. | Percentage includible | Includible alternate value | Includible value at date of death |
|---|---|---|---|---|---|
| | | None | | | |
| | | Total from continuation schedules (or additional sheets) attached to this schedule | | | 0.00 |
| 2b | | Total other joint interests | | | 0.00 |
| 3 | | **Total includible joint interests** (add lines 1b and 2b). Also enter on Part 5, Recapitulation, page 3, at item 5 | | | 27,213.36 |

(If more space is needed, attach the continuation schedule from the end of this package or additional sheets of the same size.)

(See the instructions on page 18.)



CAA 7 70SE1 NTF 9805

Copyright Forms Software Only, 1997 Nelco, Inc.

Form 706 (Rev. 4-97)

Estate of: RANKIN M. SMITH, SR. 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

## SCHEDULE F -- Other Miscellaneous Property Not Reportable Under Any Other Schedule

(For jointly owned property that must be disclosed on Schedule E, see the instructions for Schedule E.)
(If you elect section 2032A valuation, you must complete Schedule F and Schedule A-1.)

| | | Yes | No |
|---|---|---|---|
| 1 | Did the decedent at the time of death own any articles of artistic or collectible value in excess of $3,000 or any collections whose artistic or collectible value combined at date of death exceeded $10,000? If "Yes," submit full details on this schedule and attach appraisals. | | X |
| 2 | Has the decedent's estate, spouse, or any other person, received (or will receive) any bonus or award as a result of the decedent's employment or death? If "Yes," submit full details on this schedule. | | X |
| 3 | Did the decedent at the time of death have, or have access to, a safe deposit box? If "Yes," state location, and if held in joint names of decedent and another, state name and relationship of joint depositor. See Schedule attached. If any of the contents of the safe deposit box are omitted from the schedules in this return, explain fully why omitted. See Schedule attached | X | |

| Item no. | Description For securities, give CUSIP number, if available. | Alternate valuation date | Alternate value | Value at date of death |
|---|---|---|---|---|
| 1 | 55% INTEREST IN LOTASMITHS, LTD., PARTNERSHIP (SEE ATTACHED VALUATION REPORT) | | | 3,600,200.00 |
| 2 | 55.56% INTEREST IN MADISON COUNTY PARTNERSHIP (SEE ATTACHED VALUATION REPORT) | | | 329,000.00 |
| 3 | 50.5% INTEREST IN TOPS, LTD., PARTNERSHIP (SEE ATTACHED VALUATION REPORT) | | | 231,800.00 |
| 4 | 33.3% INTEREST IN HALL COUNTY PARTNERSHIP (SEE ATTACHED VALUATION MEMORANDUM) | | | 58,855.98 |
| | Total from continuation schedules (or additional sheets) attached to this schedule | | | 665,897.60 |
| | TOTAL (Also enter on Part 5, Recapitulation, page 3, at item 6.) | | | 4,885,753.58 |

(If more space is needed, attach the continuation schedule from the end of this package or additional sheets of the same size.)
(See the instructions on page 20.)



Copyright Forms Software Only, 1997 Nelco, Inc.

Estate of: RANKIN M. SMITH, SR. 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

SCHEDULE F -- Other Miscellaneous Property Not Reportable Under Any Other Schedule

| Item No. | Description | Alternate Val. Date | Alternate Value | Value at Date of Death |
|---|---|---|---|---|
| 5 | 1% GENERAL INTEREST AND 69% LIMITED INTEREST IN FALCONS NEST I, LTD., PARTNERSHIP--CONSIDERED WORTHLESS:<br><br>AS OF THE DATE OF DEATH, THE LIABILITIES OF FALCONS NEST, I, LTD., EXCEEDED THE PARTNERSHIP'S ASSETS, AS ADJUSTED TO REFLECT FAIR MARKET VALUES ON THE DATE OF DEATH (SEE ATTACHED BALANCE SHEET OF FALCONS NEST, I, LTD., AND APPRAISAL REPORT OF PARTNERSHIP ASSETS)<br><br>BECAUSE THE DECEDENT WAS A GENERAL PARTNER OF THE PARTNERSHIP AND BECAUSE HE GUARANTEED THE NOTE TO SUNTRUST BANK, ATLANTA, THE EXCESS LIABILITY IS CLAIMED AT SCHEDULE K, ITEM 28, AS A FULL RECOURSE DEBT OF THE DECEDENT. | | | 0.00 |
| 6 | 1% GENERAL INTEREST AND 4% LIMITED INTEREST IN FALCONS NEST II, LTD., PARTNERSHIP (SEE ATTACHED VALUATION REPORT) | | | 260,666.67 |
| 7 | 1% INTEREST IN SMITH INVESTMENTS, LTD., PARTNERSHIP (SEE ATTACHED VALUATION REPORT) | | | 15,000.00 |
| 8 | INTEREST IN VMS NATIONAL PROPERTIES JOINT VENTURE--CONSIDERED WORTHLESS | | | 0.00 |
| 9 | 9 GUNS, INCLUDING 4 20-GAUGE SHOTGUNS, 4 12-GAUGE SHOTGUNS, AND 1 .270 CALIBER GUN | | | 2,210.00 |
| 10 | FURNITURE AND FURNISHINGS LOCATED AT SEMINOLE PLANTATION (SEE ATTACHED APPRAISAL) | | | 66,720.00 |
| 11 | 30 1-OUNCE SOUTH AFRICAN KRUGERRANDS AND OTHER CURRENCY (SEE ATTACHED APPRAISAL) | | | 9,782.00 |
| 12 | 1981 FERRARI SPIDER 2-DOOR, V-8, AUTO (VALUED AT SALE PRICE) | | | 25,000.00 |
| 13 | 1996 MERCEDES S500, V-8, 4-DOOR AUTO | | | 68,950.00 |
| | TOTAL. (Carry forward to main schedule) . . . . . . . | | | 448,328.67 |

Estate of: RANKIN M. SMITH, SR. 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

SCHEDULE F -- Other Miscellaneous Property Not Reportable Under Any Other Schedule

| Item No. | Description | Alternate Val. Date | Alternate Value | Value at Date of Death |
|---|---|---|---|---|
| 14 | 1984 BUICK ELECTRA STATION WAGON | | | 600.00 |
| 15 | 1983 MAZDA B2000 PICKUP TRUCK (SALVAGE VALUE) | | | 100.00 |
| 16 | 1985 CHEVROLET FLEETSIDE V-6 PICKUP TRUCK | | | 125.00 |
| 17 | 1979 BUICK ESTATE V-8 STATION WAGON | | | 225.00 |
| 18 | 1986 JEEP CJ7 | | | 2,600.00 |
| 19 | 1997 FEDERAL JOINT INCOME TAX REFUND | | | 122,936.00 |
| 20 | 1997 GEORGIA JOINT INCOME TAX REFUND | | | 32,664.00 |
| 21 | CASH BALANCE HELD IN INVESTMENT ADVISORY ACCOUNT | | | 6,379.56 |
| 22 | FINAL SALARY FROM THE FIVE SMITHS, INC. | | | 50,871.37 |
| 23 | MISCELLANEOUS REFUNDS | | | 953.00 |
| 24 | DIVIDEND PAYMENTS RECEIVED BUT NOT CASHED | | | 115.00 |

TOTAL. (Carry forward to main schedule) . . . . . . 217,568.93

Estate of: RANKIN M. SMITH, SR. 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

SCHEDULE F -- Other Miscellaneous Property Not Reportable Under Any Other Schedule

Safe Deposit Boxes

Location / Joint Depositor(s)

SUNTRUST BANK, ATLANTA, MAIN OFFICE BRANCH, ATLANTA, GA.
RANKIN M. SMITH, JR. - SON

SUNTRUST BANK, ATLANTA, MAIN OFFICE BRANCH, ATLANTA, GA.
EDWARD LEBARRON, JR. - NONE
JIM HAY - NONE
TAYLOR W. SMITH - SON

Estate of: RANKIN M. SMITH, SR. 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

SCHEDULE F -- Other Miscellaneous Property Not Reportable Under Any Other Schedule

The explanation of why any safe deposit box contents are omitted from the schedules in this return is as follows:

THE ONLY ITEMS EXCLUDED FROM THE DECEDENT'S PERSONAL SAFE DEPOSIT BOX ARE MISCELLANEOUS PERSONAL PAPERS. THE SECOND BOX IS A CORPORATE BOX LEASED BY THE FIVE SMITHS, INC. DECEDENT HAD NO PERSONAL ASSETS IN THIS BOX.

Form 706 (Rev. 4-97)

**Estate of:** RANKIN M. SMITH, SR. 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

## SCHEDULE G -- Transfers During Decedent's Life

(If you elect section 2032A valuation, you must complete Schedule G and Schedule A-1.)

| Item no. | Description<br>For securities, give CUSIP number, if available. | Alternate valuation date | Alternate value | Value at date of death |
|---|---|---|---|---|
| A. | Gift tax paid by the decedent or the estate for all gifts made by the decedent or his or her spouse within 3 years before the decedent's death (section 2035(c)) | X X X X | | 111,453.00 |
| B. | Transfers includible under section 2035(a), 2036, 2037, or 2038: | | | |
| | See Schedule attached | | | |
| | Total from continuation schedules (or additional sheets) attached to this schedule | | | 2,047,720.13 |
| | TOTAL. (Also enter on Part 5, Recapitulation, page 3, at item 7.) | | | 2,159,173.13 |

## SCHEDULE H -- Powers of Appointment

(Include "5 and 5 lapsing" powers (section 2041(b)(2)) held by the decedent.)

(If you elect section 2032A valuation, you must complete Schedule H and Schedule A-1.)

| Item no. | Description | Alternate valuation date | Alternate value | Value at date of death |
|---|---|---|---|---|
| | None | | | |
| | Total from continuation schedules (or additional sheets) attached to this schedule | | | 0.00 |
| | TOTAL. (Also enter on Part 5, Recapitulation, page 3, at item 8.) | | | 0.00 |

(If more space is needed, attach the continuation schedule from the end of this package or additional sheets of the same size.)

(The instructions to Schedules G and H are in the separate instructions.)



CAA 7 70SG1 NTF 9807

Copyright Forms Software Only, 1997 Nelco, Inc.

Estate of: RANKIN M. SMITH, SR. 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

SCHEDULE G -- Transfers During Decedent's Life

| Item No. | Description | Unit Value | Alternate Val. Date | Alternate Value | Value at Date of Death |
|---|---|---|---|---|---|
| | THE FOLLOWING ASSETS ARE HELD IN AN IRREVOCABLE TRUST ESTABLISHED BY THE DECEDENT FOR THE BENEFIT OF HIS SURVIVING SPOUSE, CHARLOTTE SMITH: | | | | |
| 1 | 100,000 FACE ATLANTA GA ARPT EXTN & IMPT REV 1st LIEN, DTD 4-1-68, 5.4%, DUE 1-1-99 | 1.0178 | | | 101,780.00 |
| 2 | ACCRUED INTEREST ON ITEM 1 | | | | 1,725.00 |
| 3 | 330,000 BLECKLEY COCHRAN GA INDL DEV REV NATIONAL SVCS INDS INC PROJ, DTD 8-1-79, 6.625%, DUE 8-1-2004 | 1.02594751 | | | 338,562.68 |
| 4 | ACCRUED INTEREST ON ITEM 3 | | | | 5,161.98 |
| 5 | 300,000 COBB CNTY GA SCH DIST, DTD 7-1-95, 4.75%, DUE 2-1-2007, CALLABLE 2-1-2003 AT 102 | 1.0128075 | | | 303,842.25 |
| 6 | ACCRUED INTEREST ON ITEM 5 | | | | 3,364.58 |
| 7 | 200,000 GWINNETT CNTY GA WTR & SEW REV SERIES 1990, DTD 3-1-90, 6.6%, DUE 8-1-2001, PREREFUNDED 8-1-98 AT 102 | 1.0407875 | | | 208,157.50 |
| 8 | ACCRUED INTEREST ON ITEM 7 | | | | 3,116.67 |
| 9 | 555,000 LA GRANGE GA DEV AUTH INDL DEV REV GEN SIGNAL CORP, DTD 12-1-77, 5.625%, DUE 12-1-2002, CALLABLE 12-1-98 AT 100.80 | 1.01874250 | | | 565,402.09 |
| 10 | ACCRUED INTEREST ON ITEM 9 | | | | 12,574.22 |
| 11 | 100,000 STEPHENS CNTY GA HOSP AUTH REV, DTD 3-1-78, 6%, DUE 1-1-2002, CALLABLE | 1.027075 | | | 102,707.50 |
| 12 | ACCRUED INTEREST ON ITEM 11 | | | | 1,916.67 |
| | TOTAL. (Carry forward to main schedule) . . . . . . | | | | 1,648,311.14 |

Estate of: RANKIN M. SMITH, SR. 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

SCHEDULE G -- Transfers During Decedent's Life

| Item No. | Description | Unit Value | Alternate Val. Date | Alternate Value | Value at Date of Death |
|---|---|---|---|---|---|
| 13 | 365,000 VALDOSTA GA WTR & SWR REV, DTD 12-1-78, 6.2%, DUE 9-1-2001, CALLABLE 9-1-98 AT 100 | 1.01681249 | | | 371,136.56 |
| 14 | ACCRUED INTEREST ON ITEM 13 | | | | 3,457.36 |
| 15 | CASH BALANCE | | | | 24,815.07 |

TOTAL. (Carry forward to main schedule) . . . . . . 399,408.99

Form 706 (Rev. 4-97)

**Estate of:** RANKIN M. SMITH, SR. 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

## SCHEDULE I — Annuities

**Note:** Generally, no exclusion is allowed for the estates of decedents dying after December 31, 1984 (see page 13 of the instructions).

| | | Yes | No |
|---|---|---|---|
| **A** | Are you excluding from the decedent's gross estate the value of a lump-sum distribution described in section 2039(f)(2)? . . . . . If "Yes," you must attach the information required by the instructions. | | X |

| Item no. | Description<br>Show the entire value of the annuity before any exclusions. | Alternate valuation date | Includible alternate value | Includible value at date of death |
|---|---|---|---|---|
| 1 | THE DECEDENT WAS RECEIVING A JOINT AND SURVIVOR ANNUITY. A PORTION OF THIS ANNUITY, IN THE AMOUNT OF $4,155.38 PER MONTH, CONTINUES TO BE PAYABLE TO THE SURVIVING SPOUSE, CHARLOTTE SMITH, FOR HER LIFE. THE PRESENT VALUE OF THIS ANNUITY IS CALCULATED AS FOLLOWS: SURVIVING SPOUSE'S AGE NEAREST 10-26-97: 67 (DOB = 4-29-31); IRS DISCOUNT RATE FOR OCTOBER, 1997: 7.6%; ANNUITY FACTOR, AGE 67, DISCOUNTED AT 7.6%: 7.995; MONTHLY ADJUSTMENT FACTOR: 1.0344.<br><br>TOTAL PRESENT VALUE:<br>4,155.38 x 12 x 7.995 x 1.0344 =<br>412,381.31 | | | 412,381.31 |
| | Total from continuation schedules (or additional sheets) attached to this schedule . . . . | | | 0.00 |
| | **TOTAL.** (Also enter on Part 5, Recapitulation, page 3, at item 9.) . . . . . | | | 412,381.31 |

(If more space is needed, attach the continuation schedule from the end of this package or additional sheets of the same size.)

 (The instructions to Schedule I are in the separate instructions.)

CAA 7 70SI1 NTF 9808

Copyright Forms Software Only, 1997 Nelco, Inc.

Form 706 (Rev. 4-97)

**Estate of:** RANKIN M. SMITH, SR. 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

## SCHEDULE J -- Funeral Expenses and Expenses Incurred in Administering Property Subject to Claims

**Note:** Do not list on this schedule expenses of administering property not subject to claims. For those expenses, see instructions for Schedule L.

If executors' commissions, attorney fees, etc., are claimed and allowed as a deduction for estate tax purposes, they are not allowable as a deduction in computing the taxable income of the estate for Federal income tax purposes. They are allowable as an income tax deduction on Form 1041 if a waiver is filed to waive the deduction on Form 706 (see the Form 1041 instructions).

| Item no. | Description | Expense amount | Total amount |
|---|---|---|---|
| | **A. Funeral expenses:** | | |
| 1 | See Schedule attached | | |
| | Total funeral expenses | | 25,063.82 |
| | **B. Administration expenses:** | | |
| 1 | Executors' commissions -- amount estimated/XXXXXXXXXX (Strike out the words that do not apply.) | | 233,000.00 |
| 2 | Attorney fees -- amount estimated/agreed upon/paid. (Strike out the words that do not apply.) | | 1,710,916.29 |
| 3 | Accountant fees -- amount estimated/agreed upon/paid. (Strike out the words that do not apply.) | | |
| 4 | Miscellaneous expenses: | Expense amount | |
| | See Schedule attached | | |
| | Total miscellaneous expenses from continuation schedules (or additional sheets) attached to this schedule | 1,007,840.78 | |
| | Total miscellaneous expenses | | 1,007,840.78 |
| | **TOTAL.** (Also enter on Part 5, Recapitulation, page 3, at item 11.) | | 2,976,820.89 |

(If more space is needed, attach the continuation schedule from the end of this package or additional sheets of the same size.)

(See the instructions on page 24.)



CAA 7 70SJ1 NTF 9809

Copyright Forms Software Only, 1997 Nelco, Inc

Estate of: RANKIN M. SMITH, SR. 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

SCHEDULE J, Part A -- Funeral Expenses

| Item No. | Description | | Amount |
|---|---|---|---|
| 1 | 11-12-97 | WESTVIEW CEMETERY<br>INTERMENT FEES | 2,520.61 |
| 2 | 11-13-97 | H. M. PATTERSON & SON<br>FUNERAL CHARGES | 18,833.37 |
| 3 | 11-26-97 | ATLANTA MONUMENT CO.<br>GRAVE MARKER | 711.45 |
| 4 | 11-26-97 | H. M. PATTERSON & SON<br>ACKNOWLEDGEMENT CARDS | 206.68 |
| 5 | 12-09-97 | H. M. PATTERSON & SON<br>ACKNOWLEDGEMENT CARDS | 326.35 |
| 6 | 01-09-98 | PEACHTREE ROAD UNITED METHODIST CHURCH<br>REIMBURSEMENT FOR FUNERAL EXPENSES | 2,145.35 |
| 7 | 03-04-98 | H. M. PATTERSON & SON<br>ACKNOWLEDGEMENT CARDS | 320.01 |

TOTAL. (Carry forward to main schedule) . . . . . . 25,063.82

Estate of: RANKIN M. SMITH, SR. 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

SCHEDULE J, Part B -- Administration Expenses

| Item No. | | Description | Amount |
|---|---|---|---|
| 4 | 11-18-97 | EXPENSE OF SALE OF 18,131 SHS SUNTRUST BANKS, INC., COMMON STOCK | 1,369.77 |
| 5 | 11-19-97 | FULTON CNTY PROBATE COURT CERTIFIED COPIES OF WILL AND LETTERS TESTAMENTARY | 103.00 |
| 6 | 11-21-97 | 1000 BEACH RD CONDO ASSOC. NOVEMBER AND DECEMBER ASSOCIATION FEES | 1,282.40 |
| 7 | 11-26-97 | RUBY'S CLEANING SERVICE CLEANING OF FLORIDA CONDO | 65.00 |
| 8 | 11-26-97 | BELLSOUTH SERVICE AT FLORIDA CONDO | 32.90 |
| 9 | 11-28-97 | UPS MAIL FEE | 5.50 |
| 10 | 12-05-97 | UPS MAIL FEE | 5.50 |
| 11 | 12-11-97 | UPS MAIL FEE | 5.50 |
| 12 | 12-26-97 | 1000 BEACH RD CONDO ASSOC. MONTHLY CONDO ASSOCIATION FEE | 661.70 |
| 13 | 01-09-98 | BELLSOUTH SERVICE FOR FLORIDA CONDO | 55.16 |
| 14 | 01-15-98 | KING AND SPALDING LEGAL FEES FOR ESTATE ADMINISTRATION | 3,012.18 |
| 15 | 01-15-98 | UPS MAIL FEE | 11.00 |
| 16 | 01-22-98 | CITY OF VERO BEACH, FLORIDA UTILITY STATEMENT | 70.08 |
| 17 | 01-28-98 | 1000 BEACH RD CONDO ASSOC. MONTHLY CONDO ASSOCIATION FEE | 661.70 |
| 18 | 01-29-98 | UPS MAIL FEE | 11.00 |

TOTAL. (Carry forward to main schedule) . . . . . . 7,352.39

Estate of: RANKIN M. SMITH, SR. 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

SCHEDULE J, Part B -- Administration Expenses

| Item No. | Description | | Amount |
|---|---|---|---|
| 19 | 02-17-98 | COLKITT SHEET METAL & AIR CONDITIONING<br>REPAIRS AT FLORIDA CONDO | 164.68 |
| 20 | 02-24-98 | CITY OF VERO BEACH, FLORIDA<br>UTILITY STATEMENT | 40.65 |
| 21 | 02-25-98 | MOYLE, FLANIGAN, KATZ, KOLINS, RAYMOND,<br>& SHEEHAN<br>LEGAL SERVICES | 368.00 |
| 22 | 02-26-98 | BELLSOUTH<br>SERVICE AT FLORIDA CONDO | 28.13 |
| 23 | 02-27-98 | 1000 BEACH RD CONDO ASSOC<br>MONTHLY CONDO ASSOCIATION FEE | 661.70 |
| 24 | 03-09-98 | UPS<br>MAIL FEE | 5.65 |
| 25 | 03-12-98 | BELLSOUTH<br>STATEMENT FOR FLORIDA CONDO | 29.31 |
| 26 | 03-24-98 | CITY OF VERO BEACH, FLORIDA<br>UTILITY STATEMENT | 80.70 |
| 27 | 03-27-98 | 1000 BEACH RD CONDO ASSOC.<br>MONTHLY CONDO ASSOCIATION FEE | 661.70 |
| 28 | 03-31-98 | UPS<br>MAIL FEE: 2 @ $5.65 | 11.30 |
| 29 | 04-13-98 | BELLSOUTH<br>SERVICE AT FLORIDA CONDO | 31.49 |
| 30 | 04-20-98 | HOULIHAN, LOKEY, HOWARD, & ZUKIN<br>APPRAISAL FEE | 42,349.24 |
| 31 | 04-28-98 | CITY OF VERO BEACH, FLORIDA<br>UTILITY STATEMENT | 55.16 |
| 32 | 05-14-98 | FULTON COUNTY PROBATE COURT<br>RECORDING FEES | 144.00 |
| 33 | 05-19-98 | BOYLE AND DRAKE, INC.<br>APPRAISAL FEE | 375.00 |

TOTAL. (Carry forward to main schedule) . . . . . . 45,006.71

Estate of: RANKIN M. SMITH, SR. 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

SCHEDULE J, Part B -- Administration Expenses

| Item No. | | Description | Amount |
|---|---|---|---|
| 34 | 06-04-98 | EXPENSE OF SALE OF 17,784 SHARES OF AARON RENTS, INC., COMMON STOCK | 1,434.29 |
| 35 | 06-04-98 | EXPENSE OF SALE OF 415 SHARES OF AMERICAN BUSINESS PRODUCTS, INC., COMMON STOCK | 33.51 |
| 36 | 06-04-98 | EXPENSE OF SALE OF 500 SHARES OF DIAL CORP NEW COMMON STOCK | 40.42 |
| 37 | 06-04-98 | EXPENSE OF SALE OF 252 SHARES OF EDISON INTERNATIONAL COMMON STOCK | 20.41 |
| 38 | 06-04-98 | EXPENSE OF SALE OF 250 SHARES OF FINOVA GROUP COMMON STOCK | 20.46 |
| 39 | 06-04-98 | EXPENSE OF SALE OF 200 SHARES OF SUNTRUST BANKS, INC., COMMON STOCK | 16.54 |
| 40 | 06-04-98 | EXPENSE OF SALE OF 500 SHARES OF VIAD CORP. COMMON STOCK | 40.45 |
| 41 | 06-05-98 | EXPENSE OF SALE OF 19,000 SHARES OF AARON RENTS, INC., COMMON STOCK | 1,531.79 |
| 42 | 06-08-98 | UPS<br>MAIL FEE: 3 @ 5.65 | 16.95 |
| 43 | 07-17-98 | BOYLE AND DRAKE, INC.<br>APPRAISAL FEE | 75.00 |
| 44 | 08-17-98 | SUNTRUST BANK, ATLANTA<br>FEE FOR PREP OF 1997 EMPLOYER TAX RETURNS | 160.00 |
| 45 | 08-31-98 | KING AND SPALDING<br>LEGAL FEES FOR ESTATE ADMINISTRATION | 142,125.59 |
| 46 | 09-30-98 | ALMAND AND COMPANY<br>APPRAISAL FEE | 35,060.00 |
| 47 | 10-06-98 | AON RISK SERVICES<br>INDEMNITY BOND FOR REPLACEMENT OF SHARE CERTIFICATE FOR AMERICAN BUSINESS PRODUCTS STOCK | 22.00 |

TOTAL. (Carry forward to main schedule) . . . . . . 180,597.41

Estate of: RANKIN M. SMITH, SR. 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

SCHEDULE J, Part B -- Administration Expenses

| Item No. | | Description | Amount |
|---|---|---|---|
| 48 | 10-06-98 | FULTON COUNTY PROBATE COURT<br>COPIES OF DOCUMENTS | 4.50 |
| 49 | 10-07-98 | ALSTON AND BIRD<br>LEGAL FEES | 840.00 |
| 50 | 10-07-98 | CHILDERS ASSOCIATES<br>APPRAISAL FEE | 18,500.00 |
| 51 | 10-30-98 | UPS<br>MAIL FEE | 5.65 |
| 52 | 11-05-98 | JAMES MASON ANTIQUES AND FURNISHINGS<br>APPRAISAL FEE | 712.50 |
| 53 | 11-24-98 | DEB PUCKETT AND ASSOCIATES<br>DEPOSITION SERVICES | 862.70 |
| 54 | 12-01-98 | WHEELER REPORTING COMPANY<br>DEPOSITION SERVICES | 730.50 |
| 55 | 12-31-98 | FULTON COUNTY PROBATE COURT<br>PROBATE FILING FEES | 80.00 |
| 56 | 01-14-99 | UPS<br>MAIL FEE | 11.30 |
| 57 | | ESTIMATED LEGAL FEES FOR FLORIDA ANCILLARY ADMINISTRATION | 7,500.00 |
| 58 | | SUNTRUST BANK, ATLANTA<br>INTEREST ACCRUED FROM 07-28-98 THROUGH 01-26-2000 ON LINE OF CREDIT ESTABLISHED BY THE EXECUTORS (SUBJECT TO INTEREST RATE SWAP) | 596,161.64 |

TOTAL. (Carry forward to main schedule) . . . . . . 625,408.79

Estate of: RANKIN M. SMITH, SR. 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

SCHEDULE J, Part B -- Administration Expenses

| Item No. | Description | Amount |
|---|---|---|
| 59 | FIRST UNION MORTGAGE CORP.<br>POST-DEATH INTEREST ON RESIDENCE LOCATED AT 4270 HARRIS TRAIL, ATLANTA, GA., ACCRUED FROM DATE OF DEATH THROUGH DATE OF FULL REPAYMENT OF LOAN ON 10-29-98 | 118,384.21 |
| 60 | KING AND SPALDING<br>ACCRUED ATTORNEY FEES | 31,091.27 |

TOTAL. (Carry forward to main schedule) . . . . . . 149,475.48

Form 706 (Rev. 4-97)

Estate of: RANKIN M. SMITH, SR. 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

## SCHEDULE K -- Debts of the Decedent, and Mortgages and Liens

| Item no. | Debts of the Decedent -- Creditor and nature of claim, and allowable death taxes | Amount unpaid to date | Amount in contest | Amount claimed as a deduction |
|---|---|---|---|---|
| | See Schedule attached | | | |
| | Total from continuation schedules (or additional sheets) attached to this schedule | | | 5,226,010.20 |
| | TOTAL. (Also enter on Part 5, Recapitulation, page 3, at item 12.) | | | 5,226,010.20 |

| Item no. | Mortgages and Liens -- Description | Amount |
|---|---|---|
| 1 | FIRST UNION MORTGAGE CORP.<br>BALANCE OF MORTGAGE ON RESIDENCE LOCATED AT 4270 HARRIS TRAIL, ATLANTA, GEORGIA (THE RESIDENCE IS OWNED BY CHARLOTTE SMITH, THE SURVIVING SPOUSE) | 1,385,312.99 |
| 2 | ACCRUED INTEREST ON ITEM 1 (INCLUDED IN INTEREST RETURNED AT SCHEDULE J, ITEM 59) | 0.00 |
| 3 | LOTASMITHS, LTD.<br>MORTGAGE ON PLANTATION HOME RETURNED AT SCHEDULE A, ITEM 1 | 258,737.39 |
| 4 | ACCRUED INTEREST ON ITEM 3, CALCULATED FROM 1-1-97 THROUGH 10-26-97 | 31,792.82 |
| | Total from continuation schedules (or additional sheets) attached to this schedule | 0.00 |
| | TOTAL. (Also enter on Part 5, Recapitulation, page 3, at item 13.) | 1,675,843.20 |

(If more space is needed, attach the continuation schedule from the end of this package or additional sheets of the same size.)
(The instructions to Schedule K are in the separate instructions.)



CAA 7 70SK1 NTF 9810

Copyright Forms Software Only, 1997 Nelco, Inc.

Estate of: RANKIN M. SMITH, SR. 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

SCHEDULE K, Part 1 -- Debts of the Decedent

| Item No. | Description | Amount unpaid to date | Amount in contest | Deduction amount |
|---|---|---|---|---|
| 1 | 11-12-97 SMITH ACE HARDWARE STATEMENT | | | 948.87 |
| 2 | 11-12-97 DBA ACCESS PROS STATEMENT | | | 682.25 |
| 3 | 11-12-97 BELLSOUTH STATEMENT | | | 319.54 |
| 4 | 11-12-97 NEIMAN MARCUS STATEMENT | | | 670.00 |
| 5 | 11-12-97 TEXACO STATEMENT | | | 29.68 |
| 6 | 11-12-97 GEORGIA POWER CO. STATEMENT | | | 1,607.45 |
| 7 | 11-12-97 ATLANTA GAS LIGHT CO. STATEMENT | | | 597.83 |
| 8 | 11-12-97 WENDER & ROBERTS DRUGS STATEMENT | | | 608.84 |
| 9 | 11-14-97 HOME DEPOT STATEMENT | | | 428.41 |
| 10 | 11-18-97 CITY OF VERO BEACH, FL UTILITY STATEMENT | | | 78.18 |
| 11 | 11-26-97 BP OIL CO. STATEMENT | | | 157.01 |
| 12 | 11-26-97 CAPITAL CITY CLUB STATEMENT | | | 30.00 |
| 13 | 11-26-97 BUHLER PLUMBING, INC. STATEMENT | | | 45.00 |
| 14 | 11-26-97 JOHN'S ISLAND CLUB STATEMENT | | | 22.23 |
| 15 | 11-26-97 SUNTRUST MASTERCARD/VISA STATEMENT FOR ACCOUNT NO. 5410-5733-0183-5418 | | | 885.97 |

TOTAL. (Carry forward to main schedule) . . . . . . 7,111.26

Estate of: RANKIN M. SMITH, SR. 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

SCHEDULE K, Part 1 -- Debts of the Decedent

| Item No. | Description | Amount unpaid to date | Amount in contest | Deduction amount |
|---|---|---|---|---|
| 16 | 11-26-97 SUNTRUST MASTERCARD/VISA STATEMENT FOR ACCOUNT NO. 5442-3049-9026-7478 | | | 864.05 |
| 17 | 11-26-97 AMOCO OIL CO. STATEMENT | | | 23.00 |
| 18 | 11-26-97 INDIAN RIVER COUNTY, FLORIDA, TAX DEPARTMENT 1997 ADVALOREM TAX | | | 6,006.70 |
| 19 | 11-28-97 INTERNAL REVENUE SERVICE ADDITIONAL 1995 JOINT INCOME TAX | | | 2.34 |
| 20 | 12-19-97 CITY OF VERO BEACH, FL UTILITY STATEMENT | | | 63.16 |
| 21 | 12-19-97 THOMAS COUNTY, GEORGIA, TAX COMMISSION 1997 ADVALOREM TAX | | | 1,095.65 |
| 22 | 01-09-98 SUNTRUST BANK CARD STATEMENT FOR ACCOUNT NO. 5442-3049-9026-7487 | | | 13.73 |
| 23 | 01-09-98 SUNTRUST BANK CARD STATEMENT FOR ACCOUNT NO. 5410-5733-0183-5418 | | | 257.54 |
| 24 | 01-17-98 GEORGIA INCOME TAX UNIT TAXES RELATED TO DOMESTIC EMPLOYEES | | | 272.20 |
| 25 | 05-28-98 GEORGIA INCOME TAX UNIT ADDITIONAL TAX ON DOMESTIC EMPLOYEES FOR PERIOD ENDED 9-30-97 | | | 53.87 |
| 26 | 12-28-98 INTERNAL REVENUE SERVICE 1997 FEDERAL GIFT TAX DUE BY MR. SMITH AND MRS. SMITH ON GIFTS MADE BY MR. SMITH ($18,697.87 AND $16,204.91) | | | 34,902.78 |

TOTAL. (Carry forward to main schedule) . . . . . . 43,555.02

Estate of: RANKIN M. SMITH, SR. 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

SCHEDULE K, Part 1 -- Debts of the Decedent

| Item No. | Description | Amount unpaid to date | Amount in contest | Deduction amount |
|---|---|---|---|---|
| 27 | DISCOUNTED PRESENT VALUE OF ALIMONY OBLIGATION OWED TO MR. SMITH'S FORMER WIFE, MIRIAM SMITH, PAYABLE FOR MRS. SMITH'S LIFE: AMOUNT OF YEARLY OBLIGATION IS (1) MONTHLY PAYMENT OF $8,333.34 PLUS (2) QUARTERLY MEDICARE PREMIUM OF $87.00, OR $100,348.00 PER YEAR. MRS. SMITH'S AGE NEAREST 10-26-97 IS 71. IRS DISCOUNT RATE FOR 10-97 IS 7.6%. FACTOR FOR PRESENT VALUE OF AN ANNUITY AT 7.6%, AGE 71, IS 7.2005. MONTHLY ADJUSTMENT FACTOR IS 1.0344. TOTAL PRESENT VALUE OF ALIMONY OBLIGATION IS AS FOLLOWS: 100,348.00 x 7.2005 x 1.0344 = $747,411.69. | 622,063.67 | 0.00 | 747,411.69 |
| 28 | EXCESS PERSONAL LIABILITY OF THE DECEDENT AS GENERAL PARTNER OF FALCONS NEST, I, LIMITED, BECAUSE PARTNERSHIP LIABILITIES EXCEED FAIR MARKET VALUE OF PARTNERSHIP ASSETS (SEE ATTACHED BALANCE SHEET OF FALCONS NEST, I, LIMITED, AND SEE SCHEDULE F, ITEM 5) | 4,071,312.00 | 0.00 | 4,071,312.00 |

TOTAL. (Carry forward to main schedule) . . . . . . 4,818,723.69

Estate of: RANKIN M. SMITH, SR. 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

SCHEDULE K, Part 1 -- Debts of the Decedent

| Item No. | Description | Amount unpaid to date | Amount in contest | Deduction amount |
|---|---|---|---|---|
| 29 | INTEREST-BEARING LOAN OWED TO FIVE SMITHS, INC. | 329,221.09 | 0.00 | 329,221.09 |
| 30 | ACCRUED INTEREST ON ITEM 29, CALCULATED FROM 1-1-97 THROUGH 10-26-97 | 16,326.10 | 0.00 | 16,326.10 |
| 31 | UNSECURED ACCOUNT PAYABLE OWED TO FIVE SMITHS, INC. | 11,073.04 | 0.00 | 11,073.04 |

TOTAL. (Carry forward to main schedule) . . . . . . 356,620.23

Form 706 (Rev. 4-97)

**Estate of:** RANKIN M. SMITH, SR. 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

# SCHEDULE L -- Net Losses During Administration and Expenses Incurred in Administering Property Not Subject to Claims

| Item no. | Net losses during administration (**Note:** Do not deduct losses claimed on a Federal income tax return.) | Amount |
|---|---|---|
| | None | |
| | Total from continuation schedules (or additional sheets) attached to this schedule | 0.00 |
| | **TOTAL.** (Also enter on Part 5, Recapitulation, page 3, at item 16.) | 0.00 |

| Item no. | Expenses incurred in administering property not subject to claims (Indicate whether estimated, agreed upon, or paid.) | Amount |
|---|---|---|
| | None | |
| | Total from continuation schedules (or additional sheets) attached to this schedule | 0.00 |
| | **TOTAL.** (Also enter on Part 5, Recapitulation, page 3, at item 17.) | 0.00 |

(If more space is needed, attach the continuation schedule from the end of this package or additional sheets of the same size.)

 (The instructions to Schedule L are in the separate instructions.)

CAA 7 70SL1 NTF 9812

Copyright Forms Software Only, 1997 Nelco, Inc.

Form 706 (Rev. 4-97)

**Estate of:** RANKIN M. SMITH, SR. 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

## SCHEDULE M -- Bequests, etc., to Surviving Spouse

**Election To Deduct Qualified Terminable Interest Property Under Section 2056(b)(7).** -- If a trust (or other property) meets the requirements of qualified terminable interest property under section 2056(b)(7), and

**a.** The trust or other property is listed on Schedule M, and

**b.** The value of the trust (or other property) is entered in whole or in part as a deduction on Schedule M,

then unless the executor specifically identifies the trust (all or a fractional portion or percentage) or other property to be excluded from the election, the executor shall be deemed to have made an election to have such trust (or other property) treated as qualified terminable interest property under section 2056(b)(7).

If less than the entire value of the trust (or other property) that the executor has included in the gross estate is entered as a deduction on Schedule M, the executor shall be considered to have made an election only as to a fraction of the trust (or other property). The numerator of this fraction is equal to the amount of the trust (or other property) deducted on Schedule M. The denominator is equal to the total value of the trust (or other property).

**Election To Deduct Qualified Domestic Trust Property Under Section 2056A.** -- If a trust meets the requirements of a qualified domestic trust under section 2056A(a) and this return is filed no later than 1 year after the time prescribed by law (including extensions) for filing the return, and

**a.** The entire value of a trust or trust property is listed on Schedule M, and

**b.** The entire value of the trust or trust property is entered as a deduction on Schedule M,

then unless the executor specifically identifies the trust to be excluded from the election, the executor shall be deemed to have made an election to have the entire trust treated as qualified domestic trust property.

| | | Yes | No |
|---|---|---|---|
| 1 | Did any property pass to the surviving spouse as a result of a qualified disclaimer? If "Yes," attach a copy of the written disclaimer required by section 2518(b). | | X |
| 2a | In what country was the surviving spouse born? U.S.A. | | |
| b | What is the surviving spouse's date of birth? | | |
| c | Is the surviving spouse a U.S. citizen? | X | |
| d | If the surviving spouse is a naturalized citizen, when did the surviving spouse acquire citizenship? | | |
| e | If the surviving spouse is not a U.S. citizen, of what country is the surviving spouse a citizen? | | |
| 3 | **Election Out of QTIP Treatment of Annuities.** -- Do you elect under section 2056(b)(7)(C)(ii) **not** to treat as qualified terminable interest property any joint and survivor annuities that are included in the gross estate and would otherwise be treated as qualified terminable interest property under section 2056(b)(7)(C)? (see instructions) | | X |

| Item no. | Description of property interests passing to surviving spouse | Amount |
|---|---|---|
| 1 | SUNTRUST BANK, ATLANTA, JOINT CHECKING ACCOUNT NO. 8812008335 | 54,426.73 |
| | One-half of items on Schedule E, Part 1 | (27,213.37) |
| 2 | 500 SHS THE NEST, II, INC., COM (THE SOLE ASSET OF THE CORPORATION IS A ONE PERCENT GENERAL PARTNERSHIP INTEREST IN FALCONS NEST, II, LTD) (SEE ATTACHED VALUATION REPORT FOR THE | 52,133.33 |
| | Total from continuation schedules (or additional sheets) attached to this schedule | 3,504,778.11 |
| 4 | **Total** amount of property interests listed on Schedule M — **4** | 3,584,124.80 |
| 5a | Federal estate taxes (including section 4980A taxes) payable out of property interests listed on Schedule M — **5a** 0.00 | |
| b | Other death taxes payable out of property interests listed on Schedule M — **5b** 0.00 | |
| c | Federal and state GST taxes payable out of property interests listed on Schedule M — **5c** 0.00 | |
| d | Add items a, b, and c — **5d** | 0.00 |
| 6 | Net amount of property interests listed on Schedule M (subtract 5d from 4). Also enter on Part 5, Recapitulation, page 3, at item 18 — **6** | 3,584,124.80 |

(If more space is needed, attach the continuation schedule from the end of this package or additional sheets of the same size.)

(See the instructions on page 28.)

CAA 7 70SM1 NTF 9814

Copyright Forms Software Only, 1997 Nelco, Inc.

Estate of: RANKIN M. SMITH, SR. 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

SCHEDULE M -- Bequests, etc., to Surviving Spouse

| Item No. | Description | Amount |
|---|---|---|
| 2 | PARTNERSHIP INTERESTS IN FALCONS NEST, II, LTD., RETURNED AT SCHEDULE F, ITEM 6) | |
| 3 | 1% GENERAL INTEREST AND 4% LIMITED INTEREST IN FALCONS NEST II, LTD., PARTNERSHIP (SEE ATTACHED VALUATION REPORT) | 260,666.67 |
| 4 | 1981 FERRARI SPIDER 2-DOOR, V-8, AUTO (VALUED AT SALE PRICE) | 25,000.00 |
| 5 | 1996 MERCEDES S500, V-8, 4-DOOR AUTO | 68,950.00 |
| 6 | 1984 BUICK ELECTRA STATION WAGON | 600.00 |
| 7 | 1983 MAZDA B2000 PICKUP TRUCK (SALVAGE VALUE) | 100.00 |
| 8 | 1985 CHEVROLET FLEETSIDE V-6 PICKUP TRUCK | 125.00 |
| 9 | 1979 BUICK ESTATE V-8 STATION WAGON | 225.00 |
| 10 | 1986 JEEP CJ7 | 2,600.00 |
| 11 | TRUST ASSETS RETURNED AT SCHEDULE G, ITEMS 1 THROUGH 15 | 2,047,720.13 |
| 12 | CONDOMINIUM UNIT 297, LOCATED AT 1000 BEACH ROAD, VERO BEACH, FLORIDA (SEE ATTACHED APPRAISAL) | 610,000.00 |
| 13 | JOHN'S ISLAND, FLORIDA, CLUB EQUITY MEMBERSHIP (SEE ATTACHED APPRAISAL) | 76,410.00 |
| 14 | THE DECEDENT WAS RECEIVING A JOINT AND SURVIVOR ANNUITY. A PORTION OF THIS ANNUITY, IN THE AMOUNT OF $4,155.38 PER MONTH, CONTINUES TO BE PAYABLE TO THE SURVIVING SPOUSE, CHARLOTTE SMITH, FOR HER LIFE. THE PRESENT VALUE OF THIS ANNUITY IS CALCULATED AS FOLLOWS: SURVIVING SPOUSE'S AGE NEAREST 10-26-97: 67 (DOB = 4-29-31); IRS DISCOUNT RATE FOR OCTOBER, 1997: 7.6%; ANNUITY FACTOR, AGE 67, DISCOUNTED AT 7.6%: 7.995; MONTHLY ADJUSTMENT FACTOR: 1.0344. | 412,381.31 |
| | TOTAL. (Carry forward to main schedule) . . . . . . | 3,504,778.11 |

Estate of: RANKIN M. SMITH, SR. 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

SCHEDULE M -- Bequests, etc., to Surviving Spouse

| Item No. | Description | Amount |
| --- | --- | --- |
| 14 | TOTAL PRESENT VALUE:<br>4,155.38 x 12 x 7.995 x 1.0344 =<br>412,381.31 | |

TOTAL. (Carry forward to main schedule) . . . . . . 0.00

Form 706 (Rev. 4-97)

**Estate of:** RANKIN M. SMITH, SR. 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

## SCHEDULE O -- Charitable, Public, and Similar Gifts and Bequests

| | | Yes | No |
|---|---|---|---|
| 1a | If the transfer was made by will, has any action been instituted to have interpreted or to contest the will or any of its provisions affecting the charitable deductions claimed in this schedule? If "Yes," full details must be submitted with this schedule. | | -- |
| b | According to the information and belief of the person or persons filing this return, is any such action planned? If "Yes," full details must be submitted with this schedule. | | |
| 2 | Did any property pass to charity as the result of a qualified disclaimer? If "Yes," attach a copy of the written disclaimer required by section 2518(b). | | |

| Item no. | Name and address of beneficiary | Character of institution | Amount |
|---|---|---|---|
| | None | | |
| | Total from continuation schedules (or additional sheets) attached to this schedule | | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 3 | Total | | | 3 | 0.00 |
| 4a | Federal estate tax (including section 4980A taxes) payable out of property interests listed above | 4a | 0.00 | | |
| b | Other death taxes payable out of property interests listed above | 4b | 0.00 | | |
| c | Federal and state GST taxes payable out of property interests listed above. | 4c | 0.00 | | |
| d | Add items a, b, and c | | | 4d | 0.00 |
| 5 | Net value of property interests listed above (subtract 4d from 3). Also enter on Part 5, Recapitulation, page 3, at item 19 | | | 5 | 0.00 |

(If more space is needed, attach the continuation schedule from the end of this package or additional sheets of the same size.)
(The instructions to Schedule O are in the separate instructions.)


Copyright Forms Software Only, 1997 Nelco, Inc.

Form 706 (Rev. 4-97)

**Estate of:** RANKIN M. SMITH, SR. 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

## SCHEDULE P -- Credit for Foreign Death Taxes

List all foreign countries to which death taxes have been paid and for which a credit is claimed on this return.

None

If a credit is claimed for death taxes paid to more than one foreign country, compute the credit for taxes paid to one country on this sheet and attach a separate copy of Schedule P for each of the other countries.

The credit computed on this sheet is for the ______________________
(Name of death tax or taxes)

______________________ imposed in ______________________
(Name of country)

Credit is computed under the ______________________
(Insert title of treaty or "statute")

Citizenship (nationality) of decedent at time of death

| (All amounts and values must be entered in United States money.) | |
|---|---|
| 1 Total of estate, inheritance, legacy, and succession taxes imposed in the country named above attributable to property situated in that country, subjected to these taxes, and included in the gross estate (as defined by statute) | |
| 2 Value of the gross estate (adjusted, if necessary, according to the instructions for item 2) | |
| 3 Value of property situated in that country, subjected to death taxes imposed in that country, and included in the gross estate (adjusted, if necessary, according to the instructions for item 3) | |
| 4 Tax imposed by section 2001 reduced by the total credits claimed under sections 2010, 2011, and 2012 (see inst.) | |
| 5 Amount of Federal estate tax attributable to property specified at item 3. (Divide item 3 by item 2 and multiply the result by item 4.) | |
| 6 Credit for death taxes imposed in the country named above (the smaller of item 1 or item 5). Also enter on line 18 of Part 2, Tax Computation | 0.00 |

## SCHEDULE Q -- Credit for Tax on Prior Transfers

### Part 1. -- Transferor Information

| | Name of transferor | Social security number | IRS office where estate tax return was filed | Date of death |
|---|---|---|---|---|
| A | None | | | |
| B | | | | |
| C | | | | |

**Check here** ▶ ☐ if section 2013(f) (special valuation of farm, etc., real property) adjustments to the computation of the credit were made (see page 17 of the instructions).

### Part 2. -- Computation of Credit (see instructions beginning on page 17)

| Item | Transferor A | Transferor B | Transferor C | Total A, B, & C |
|---|---|---|---|---|
| 1 Transferee's tax as apportioned (from wksht., (line 7 ÷ line 8) x line 35 for each col.) | | | | |
| 2 Transferor's tax (from each column of worksheet, line 20) | | | | |
| 3 Maximum amount before percentage requirement (for each column, enter amount from line 1 or 2, whichever is smaller) | | | | |
| 4 Percentage allowed (each column) (see inst.) | % | % | % | |
| 5 Credit allowable (line 3 x line 4 for each col.) | | | | |
| 6 TOTAL credit allowable (add columns A, B, and C of line 5). Enter here and on line 19 of Part 2, Tax Computation | | | | 0.00 |

 (The instructions to Schedules P and Q are in the separate instructions.)

CAA 7 70SP1 NTF 9816

Copyright Forms Software Only, 1997 Nelco, Inc.

# SCHEDULE R -- Generation-Skipping Transfer Tax

**Note:** To avoid application of the deemed allocation rules, Form 706 and Schedule R should be filed to allocate the GST exemption to trusts that may later have taxable terminations or distributions under section 2612 even if the form is not required to be filed to report estate or GST tax.

The GST tax is imposed on taxable transfers of interests in property located **outside the United States** as well as property located inside the United States.

See instructions beginning on page 17.

**Part 1.** — GST Exemption Reconciliation (Section 2631) and Section 2652(a)(3) (Special QTIP) Election

You no longer need to check a box to make a section 2652(a)(3) (special QTIP) election. If you list qualifying property in Part 1, line 9, below, you will be considered to have made this election. See page 19 of the separate instructions for details.

| Line | Description | | Amount |
|---|---|---|---|
| 1 | Maximum allowable GST exemption | 1 | $1,000,000 |
| 2 | Total GST exemption allocated by the decedent against decedent's lifetime transfers | 2 | 85,668.00 |
| 3 | Total GST exemption allocated by the executor, using Form 709, against decedent's lifetime transfers | 3 | 80,000.00 |
| 4 | GST exemption allocated on line 6 of Schedule R, Part 2 | 4 | 0.00 |
| 5 | GST exemption allocated on line 6 of Schedule R, Part 3 | 5 | 633,898.89 |
| 6 | Total GST exemption allocated on line 4 of Schedule(s) R-1 | 6 | 0.00 |
| 7 | Total GST exemption allocated to intervivos transfers and direct skips (add lines 2-6) | 7 | 799,566.89 |
| 8 | GST exemption available to allocate to trusts and section 2032A interests (subtract line 7 from line 1) | 8 | 200,433.11 |
| 9 | Allocation of GST exemption to trusts (as defined for GST tax purposes): | | |

| A<br>Name of trust | B<br>Trust's EIN (if any) | C<br>GST exemption allocated on lines 2-6, above (see instructions) | D<br>Additional GST exemption allocated (see instructions) | E<br>Trust's inclusion ratio (optional -- see instructions) |
|---|---|---|---|---|
| | | | | |

| | | |
|---|---|---|
| **9D Total.** May not exceed line 8, above | 9D | 0.00 |
| 10 GST exemption available to allocate to section 2032A interests received by individual beneficiaries (subtract line 9D from line 8). You must attach special use allocation schedule (see instructions) | 10 | |

(The instructions to Schedule R are in the separate instructions.)



CAA 7 70SR1 NTF 9818

Copyright Forms Software Only, 1997 Nelco, Inc.

Form 706 (Rev. 4-97)

**Estate of:** RANKIN M. SMITH, SR. 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

**Part 2. --** Direct Skips Where the Property Interests Transferred Bear the GST Tax on the Direct Skips

| Name of skip person | Description of property interest transferred | Estate tax value |
|---|---|---|
| None | | |

| | | | |
|---|---|---|---|
| 1 | Total estate tax values of all property interests listed above | 1 | 0.00 |
| 2 | Estate taxes, state death taxes, and other charges borne by the property interests listed above | 2 | 0.00 |
| 3 | GST taxes borne by the property interests listed above but imposed on direct skips other than those shown on this Part 2 (see instructions) | 3 | 0.00 |
| 4 | Total fixed taxes and other charges (add lines 2 and 3) | 4 | 0.00 |
| 5 | Total tentative maximum direct skips (subtract line 4 from line 1) | 5 | 0.00 |
| 6 | GST exemption allocated | 6 | 0.00 |
| 7 | Subtract line 6 from line 5 | 7 | 0.00 |
| 8 | GST tax due (divide line 7 by 2.818182) | 8 | 0.00 |
| 9 | Enter the amount from line 8 of Schedule R, Part 3 | 9 | 0.00 |
| 10 | **Total GST taxes payable by the estate** (add lines 8 and 9). Enter here and on line 22 of the Tax Computation on page 1 | 10 | 0.00 |



CAA 7 70SR2 NTF 9819
Copyright Forms Software Only, 1997 Nelco, Inc.

Form 706 (Rev. 4-97)

**Estate of:** RANKIN M. SMITH, SR. 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

**Part 3. —** Direct Skips Where the Property Interests Transferred Do Not Bear the GST Tax on the Direct Skips

| Name of skip person | Description of property interest transferred | Estate tax value |
|---|---|---|
| RANKIN M. SMITH, III | 52 SHS THE FIVE SMITHS, INC., CLASS A COMMON STOCK | 106,184.80 |
| RANKIN M. SMITH, III | CASH | 125,000.00 |
| REBECCA W. SMITH | 52 SHS THE FIVE SMITHS, INC., CLASS A COMMON STOCK | 106,184.80 |
| REBECCA W. SMITH | CASH | 125,000.00 |
| KATHERINE C. SMITH | 28 SHS THE FIVE SMITHS, INC., CLASS A COMMON STOCK | 57,176.43 |
| SARAH B.SMITH | 28 SHS THE FIVE SMITHS, INC., CLASS A COMMON STOCK | 57,176.43 |
| VIRGIL R. WALRAVEN | 28 SHS THE FIVE SMITHS, INC., CLASS A COMMON STOCK | 57,176.43 |

| | | | |
|---|---|---|---|
| 1 | Total estate tax values of all property interests listed above | 1 | 633,898.89 |
| 2 | Estate taxes, state death taxes, and other charges borne by the property interests listed above | 2 | 0.00 |
| 3 | GST taxes borne by the property interests listed above but imposed on direct skips other than those shown on this Part 3 (see instructions) | 3 | 0.00 |
| 4 | Total fixed taxes and other charges (add lines 2 and 3) | 4 | 0.00 |
| 5 | Total tentative maximum direct skips (subtract line 4 from line 1) | 5 | 633,898.89 |
| 6 | GST exemption allocated | 6 | 633,898.89 |
| 7 | Subtract line 6 from line 5 | 7 | 0.00 |
| 8 | GST tax due (multiply line 7 by .55). Enter here and on Schedule R, Part 2, line 9 | 8 | 0.00 |



Copyright Forms Software Only, 1997 Nelco, Inc.

Form 706 (Rev. 4-97)

Estate of: RANKIN M. SMITH, SR. 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

## SCHEDULE S -- Increased Estate Tax on Excess Retirement Accumulations

**(Under section 4980A(d) of the Internal Revenue Code)**

**Part I** Tax Computation

1 Check this box if a section 4980A(d)(5) spousal election is being made. ▶ ☐
You must attach the statement described in the instructions.

2 Enter the name and employer identification number (EIN) of each qualified employer plan and individual retirement account in which the decedent had an interest at the time of death:

| | Name | EIN |
|---|---|---|
| Plan #1 | | |
| Plan #2 | | |
| Plan #3 | | |
| IRA #1 | | |
| IRA #2 | | |
| IRA #3 | | |

| | A Plan #1 | B Plan #2 | C Plan #3 | D All IRAs |
|---|---|---|---|---|
| 3 Value of decedent's interest | | | | |
| 4 Amounts rolled over after death | | | | |
| 5 Total value (add lines 3 and 4) | | | | |
| 6 Amounts payable to certain alternate payees (see page 20 of the instructions) | | | | |
| 7 Decedent's investment in the contract under section 72(f) | | | | |
| 8 Excess life insurance amount | | | | |
| 9 Decedent's interest as a beneficiary | | | | |
| 10 Total reductions in value (add lines 6, 7, 8, and 9) | | | | |
| 11 Net value of decedent's interest (subtract line 10 from line 5) | | | | |

| | | | | |
|---|---|---|---|---|
| 12 Decedent's aggregate interest in all plans and IRAs (add columns A–D of line 11) ▶ | | | 12 | 0.00 |
| 13 Present value of hypothetical life annuity (from Part III, line 4) | 13 | 0.00 | | |
| 14 Remaining unused grandfather amount (from Part II, line 4) | 14 | 0.00 | | |
| 15 Enter the greater of line 13 or line 14 | | | 15 | 0.00 |
| 16 Excess retirement accumulation (subtract line 15 from line 12) | | | 16 | 0.00 |
| 17 Increased estate tax (multiply line 16 by 15%). Enter here and on line 23 of the Tax Computation on page 1 | | | 17 | 0.00 |

(The instructions to Schedule S are in the separate instructions.)



Copyright Forms Software Only, 1997 Nelco, Inc.

Form 706 (Rev. 4-97)

## Part II Grandfather Election

1 Was a grandfather election made on a previously filed Form 5329? ▶ ☐ Yes ☐ No
If "Yes," complete lines 2-4 below. **You may not make or revoke the grandfather election after the due date (with extensions) for filing the decedent's 1988 income tax return.** If "No," enter -0- on line 4 and skip to Part III.

| | | | |
|---|---|---|---|
| 2 | Initial grandfather amount | 2 | |
| 3 | Total amount previously recovered | 3 | |
| 4 | Remaining unused grandfather amount (subtract line 3 from line 2). Enter here and on Part I, line 14, on page 38 | 4 | 0.00 |

## Part III Computation of Hypothetical Life Annuity

| | | | |
|---|---|---|---|
| 1 | Decedent's attained age at date of death (in whole years, rounded down) | 1 | 71 |
| 2 | Applicable annual annuity amount (see page 21 of the instructions) | 2 | |
| 3 | Present value multiplier (see page 21 of the instructions) | 3 | 0.000000 |
| 4 | Present value of hypothetical life annuity (multiply line 2 by line 3). Enter here and on Part I, line 13, on page 38 | 4 | 0.00 |


Copyright Forms Software Only, 1997 Nelco, Inc.

**[Estate of Rankin M. Smith, Sr.**
**Attachments to Form 706, United States Estate Tax Return**

- Plantation Home including 10.283 acres, located in Thomas County, Georgia, Appraisal Report by Almand and Company
- Condominium Unit 297, located at 1000 Beach Road, Vero Beach, Florida, Appraisal
- John's Island, Florida, club equity membership, Appraisal
- 12,424 Shares The Five Smiths, Inc., Class A Common Stock, Valuation Report
- 1,217.50 SHS Mount Vernon Surety Co., Valuation Memorandum
- All Forms 712 for insurance policies reported on Form 706
- 55% interest in Lotasmiths, Ltd., Partnership, Valuation Report
- 55.56% interest in Madison County Partnership, Valuation Report
- 50.5% interest in Tops, Ltd., Partnership, Valuation Report
- 33.3% interest in Hall County Partnership, Valuation Memorandum
- Balance Sheet of Falcons Nest, I, Ltd. and Appraisal Report of Falcons Nest I, Ltd. assets
- 1% general interest and 4% limited interest in Falcons Nest II, Ltd., Partnership, Valuation Report
- 1% interest in Smith Investments, Ltd., Partnership, Valuation Report
- Furniture and Furnishings located at Seminole Plantation, Appraisal
- 30 1-ounce South African Krugerrands and other currency, Appraisal
- Condominium Unit 297, 1000 Beach Road, Vero Beach, Florida, Appraisal]

**[ATTACHMENTS NOT INCLUDED]**