**Internal Revenue Service**
Appeals Office
Robert A Young Building
1222 Spruce St., Stop 8000 STL
Saint Louis, MO 63103-2839

**Department of the Treasury**

**Person to Contact:**
DANIEL J. MANNION
Employee ID Number: 3-26221
Tel: 314-612-4650
Fax: 314-612-4871
**Refer Reply to:**
AP:FE:STL:DJM
**In Re:**
ESTATE OF RANKIN M. SMITH, SR
**Claim Amount(s):**
$12,591,295 (tax)

**Tax Period(s) Ended:**
10/1997

Date: MAR 2 3 2005

ESTATE OF RANKIN M. SMITH
c/o Thomas A. Shanks, First Vice President
Sun Trust Bank, Atlanta
P. O. Box 4655, Dept. 251, Atlanta, GA 30302

**Certified Mail**

Dear Mr. Shanks: 7004 2510 0002 2032 6066

We are sorry, but we cannot allow the above claim for an adjustment to your tax, for the following reasons:

Taxpayer's initial Claim for Refund, filed on or about 1/25/2002 in the tax amount of $5,478,849.74; and taxpayer's second Claim for Refund (fully incorporating the amount of the earlier Claim), filed on or about 9/13/2002 in the tax amount of $12,591,295, plus interest thereon, are hereby jointly and separately disallowed in full because examiner's adjustments to the estate tax return, as filed, are supported by the facts and applicable law. These two claims are therefore jointly and separately disallowed, based on propriety of examiner's adjustments, as explained in his report of examination.

Our decision is based on provisions of the Internal Revenue laws and regulations. This letter is your legal notice that your claim is fully disallowed.

If you wish to bring suit or proceedings for the recovery of any tax, penalties or other moneys for which this disallowance notice is issued, you may do so by filing such a suit with the United States District Court having jurisdiction, or with the United States Court of Federal Claims. The law permits you to do this within 2 years from the mailing date of this letter. However, if you signed a waiver of the notice of claim disallowance (Form 2297), the period for bringing suit began to run on the date you filed the waiver.

If you have any questions, please contact the person whose name and telephone number are shown above.

Sincerely,

For James Wallace
Appeals Team Manager