**Internal Revenue Service**
Appeals Office
Robert A Young Building
1222 Spruce St., Stop 8000 STL
Saint Louis, MO 63103-2839

**Department of the Treasury**

**Person to Contact:**
DANIEL J. MANNION
Employee ID Number: 3-26221
Tel: 314-612-4650
Fax: 314-612-4871
**Refer Reply to:**
AP:FE:STL:DJM
**In Re:**
ESTATE OF RANKIN M. SMITH, SR
**Claim Amount(s):**
$12,591,295 (tax)

**Tax Period(s) Ended:**
10/1997

Date: MAR 23 2005

ESTATE OF RANKIN M. SMITH
c/o Thomas A. Shanks, First Vice President
Sun Trust Bank, Atlanta
P. O. Box 4655, Dept. 251, Atlanta, GA 30302

**Certified Mail**

Dear Mr. Shanks: 7004 2510 0002 2032 6066

We are sorry, but we cannot allow the above claim for an adjustment to your tax, for the following reasons:

Taxpayer's initial Claim for Refund, filed on or about 1/25/2002 in the tax amount of $5,478,849.74; and taxpayer's second Claim for Refund (fully incorporating the amount of the earlier Claim), filed on or about 9/13/2002 in the tax amount of $12,591,295, plus interest thereon, are hereby jointly and separately disallowed in full because examiner's adjustments to the estate tax return, as filed, are supported by the facts and applicable law. These two claims are therefore jointly and separately disallowed, based on propriety of examiner's adjustments, as explained in his report of examination.

Our decision is based on provisions of the Internal Revenue laws and regulations. This letter is your legal notice that your claim is fully disallowed.

If you wish to bring suit or proceedings for the recovery of any tax, penalties or other moneys for which this disallowance notice is issued, you may do so by filing such a suit with the United States District Court having jurisdiction, or with the United States Court of Federal Claims. The law permits you to do this within 2 years from the mailing date of this letter. However, if you signed a waiver of the notice of claim disallowance (Form 2297), the period for bringing suit began to run on the date you filed the waiver.

If you have any questions, please contact the person whose name and telephone number are shown above.

Sincerely,

For James Wallace
Appeals Team Manager

DowLohnes

Judith A. Mather
D 202.776.2714 E jmather@dowlohnes.com

February 5, 2007

**VIA FEDERAL EXPRESS**

Mr. Gary Stewart
IRS Appeals Officer
Internal Revenue Service
U.S. Federal Building
100 West Capitol Street
Room 1201
Jackson, Mississippi 39269

Re: Estate of Rankin M. Smith, Sr. (the "Estate") (SSN: 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V)

Dear Mr. Stewart:

As we discussed last week, and as reflected on the TaxMod for the Estate, dated January 26, 2007, that you forwarded to me, the abatement of taxes in the amount of $2,890,810.00 has been posted to the Estate's account. As a result, and again as reflected on the TaxMod, the remaining tax balance is $1,385,838.61. Accordingly, I am forwarding herewith a check from the Estate in the amount of $1,385,838.61 to be applied to this outstanding tax balance on the Estate's account. It is my understanding from our discussions that such payment will fully satisfy the tax portion of the outstanding balance. After this payment is posted, I would appreciate it if you would send me an updated TaxMod showing this posting of the payment. Please send the updated TaxMod by facsimile transmission to (202) 776-4714.

As we also discussed, the Estate will then file a Third Claim for Refund for its payment of $1,385,838.61 and request an immediate disallowance of the claim in accordance with IRS News Release IR-1600 (Apr. 26, 1976) (copy attached). Because the Estate intends to refile its refund suit once the claim is disallowed, it would be very helpful if you could submit an expedited request for a Certified Transcript of Assessments and Payments (Form 4340) once the payment is posted. This would allow the Estate to have an updated Form 4340 prior to refiling its suit for refund.

Thank you so much for all of your assistance on this matter. I very much appreciate it. If you have any questions, please do not hesitate to call me directly at (202) 776-2714.

Sincerely,

Judith A. Mather

Judith A. Mather

Enclosures
cc: Mr. James I. Hay
Mr. Allen L. Venet
Richard L. Braunstein, Esquire
Bernard J. Long, Jr., Esquire

# News Release

Department of the Treasury
Internal Revenue Service
Washington, DC 20224
Tel. (202) 964-4021

4/26/76

For Release: Immediate

IR-1600

Washington, D.C.--Taxpayers filing claims for refund based solely on contested income, estate or gift tax issues considered in previously examined returns, may choose to move their cases to the courts faster by using a special procedure, the Internal Revenue Service today said.

The special procedure applies to Forms 1040X, 1120X or other claims for refund.

A taxpayer, in such a case, who does not wish to pursue an appeal within the IRS should request in writing that the claim be immediately rejected. A notice of claim disallowance will then be promptly sent to the taxpayer. Upon receipt of the disallowance the taxpayer has two years to file a refund suit in the United States District Court having jurisdiction or the United States Court of Claims.

X X X

This check has a blue background on white paper and some of the security features on this document include: a Watermark, MicroPrint Signature line, and a holographic foil stamp, absence of these features will indicate a copy.

SUNTRUST Official Check 64-79/611

8832194748

131034 1880301
Initials (type) Center

Purchaser *SunTrust**

Date Feb. 1, 2007

PAY ****$1,385,838.61**** *$1,385,838.61*

to the Order of **United State Treasury**

SunTrust Banks, Inc. by its Authorized Agent SunTrust Bank

SS# 252 3...181

Payable at SunTrust Bank For: ** Rankin Smith Sr.58-6354904

Authorized Signature

⑈8832194748⑈ ⑆061100790⑆ 7019019996⑈