# INTERNAL REVENUE SERVICE

## Area 4, General Appeals

*Jackson, MS Appeals*
*100 West Capitol Street*
*Suite 1201*
*Jackson, MS 39269*

[illegible]

Date: 1/26/07

Page 1 of 7

TO: Judy Mather, Attorney

Phone Number: 202-776-2714

Fax Number: 202-776-4714

FROM:
T. Gary Stewart, Appeals Officer
Employee ID Number: 72-20094

Phone Number: 601-292-4783
Fax Number: 601-292-4785

SUBJECT: Smith

IN Re: Transcripts (2)

RESPONSE DATE:

COMMENTS:

Finally!

p. 2-5 New transcript w/ 6th abatement

p. 6-8 Earlier document (sent 12/7/06) w/o abatement, but full explanation in layman terms.

Gary Stewart, AO

```
BMFOLT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V52000000000 BMF TAX MODULE        NM CTRL:SMIT
49547-482-70000-5                                                UP-CYC:04

CAF:1/AIMS SC:00  MF ASS D MOD BAL:         1,385,838.61  ARDI:3     FRZ:   N-IW
ASED:07-01-2002              INTEREST TO DATE:02-05-2007 EMIS/
GOVERNING SC:49              2% TRIGGER DATE: 00-00-0000 FTP START DT:00-00-0000
HISTORIC ULC:58              INT TOT:            2,764,957.93  FTP MONTHS:00
TDA COPYS:                INT AS:        2,764,957.93 FTP TT:                  0.00
DAR CC:73               INT PD:        2,764,957.93- FTP ASD:                  0.00
LATEST CSED DATE:04-03-2015 RSED DT:01-26-2002 RET DUE DT:07-26-1998
EARLIEST CSED DT:01-06-2015 IMMINENT CSED DT:01-06-2015 F2290 IND:00
DISASTER DUE DT:00-00-0000  AGREEMENT IND:0     FMS-CD:
DIRECT DEPOSIT CODE:        DISASTER START DT:00-00-0000

TRANS DATE            AMOUNT          CYCLE       DLN              VARIABLE DATA
150   03151999        9,750,765.42  199909 07506-051-00000-9 TC150:02011999
                              0.00  REMIT AMT (610)                 USE DEFINER 'R'
570   07291998                0.00  199832 07517-211-50104-8
670   07291998          703,597.00- 199832 07517-211-50104-8
460   08311998                0.00  199838 07977-645-01277-8 EXT DT: 01261999
420R  03041999                0.00  199911 17977-063-00000-9 PBC:207 SBC:00000
                                                       EGC:1000 SOURCE-CD:20

              PAGE 001 OF 004            BMFPG 002
```

Station Name: JAC001WA2555109 Date: 1/26/2007 Time: 1:30:14 PM

BMFOLT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V52000000000 BMF TAX MODULE NM CTRL:SMIT
49547-482-70000-5 UP-CYC:04

| TRANS | DATE | AMOUNT | CYCLE | DLN | VARIABLE DATA |
|---|---|---|---|---|---|
| 340 | 07261999 | 723,205.42 | 199928 | 07554-583-18001-9 | INT TO DT:07261999 |
| 290 | 07261999 | 0.00 | 199928 | 07554-583-18001-9 | USE DEF CODE 'A' |
| 670 | 08021999 | 325,443.00- | 199932 | 07517-216-00306-9 | |
| 976 | 07271999 | 0.00 | 199934 | 07506-219-02210-9 | COND CDS:G |
| 290 | 10251999 | 0.00 | 199941 | 07554-677-15101-9 | USE DEF CODE 'A' |
| 340 | 08212000 | 813,237.55 | 200032 | 07554-615-18000-0 | INT TO DT:07262000 |
| 290 | 08212000 | 0.00 | 200032 | 07554-615-18000-0 | USE DEF CODE 'A' |
| 670 | 08012000 | 723,206.00- | 200032 | 07517-216-00401-0 | |
| 340 | 08132001 | 840,361.74 | 200131 | 07554-601-18001-1 | INT TO DT:07262001 |
| 290 | 08132001 | 0.00 | 200131 | 07554-601-18001-1 | USE DEF CODE 'A' |
| 670 | 07262001 | 840,361.74- | 200133 | 07518-618-00000-1 | DES PAY ID:99 |
| 670 | 03012002 | 19,290,867.00- | 200211 | 07518-466-00100-2 | |
| 570 | 03252002 | 0.00 | 200211 | 07554-601-18001-1 | |
| 340 | 07012002 | 388,153.22 | 200225 | 07554-558-18100-2 | INT TO DT:03012002 |
| 290 | 07012002 | 0.00 | 200225 | 07554-558-18100-2 | USE DEF CODE 'A' |
| 776 | 07012002 | 175,620.82- | 200225 | 07554-558-18100-2 | |

Station Name: JAC001WA2555109 Date: 1/26/2007 Time: 1:30:15 PM

BMFOLT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V52000000000 BMF TAX MODULE NM CTRL:SMIT
49547-482-70000-5 JP-CYC:04

```
TRANS DATE              AMOUNT          CYCLE  DLN                VARIABLE DATA
846R 07012002       9,543,372.21   200225 07554-558-18100-2 MANUAL IND:0
     CRD INT:   $175,620.82-                         BYPASS:00 REFUND ULC:58
300  07222002               0.00   200228 17547-584-00116-2 USE DEF CODE 'A'
421  07222002               0.00   200228 17547-584-00116-2
300  06202002      13,644,400.00   200228 49551-171-13000-2 USE DEF CODE 'A'
370  06202002               0.00   200228 49551-171-13000-2
971  08172002               0.00   200235 63977-631-00106-2
                                     X-PLAN:000  ACTION CD:611
777  07012002         175,620.82   200236 07545-242-99999-2
841  07012002      9,543,372.21-   200236 07545-242-99999-2 INT:    $175,620.82
                              CHCK #:04012561     FMS CANCEL DATE:00-00-0000
488  09202002               0.00   200240 17977-667-01444-2
420R 05092003               0.00   200320 17577-129-77500-3 PBC:635 SBC:87500
                                                        EGC:1127 SOURCE-CD:30
560  05192003               0.00   200322 17577-139-77500-3 NEW ASED:07012002
300  08182003               0.00   200332 17547-610-10001-3 USE DEF CODE 'A'
300  04112005               0.00   200513 49547-482-70000-5 USE DEF CODE 'A'
421  04112005               0.00   200513 49547-482-70000-5
489  07272005               0.00   200532 31977-610-00079-5
```

PAGE 003 OF 004 BMFPG 004

Station Name: JAC001WA2555109 Date: 1/26/2007 Time: 1:30:08 PM

BMFOLT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V52000000000 BMF TAX MODULE NM CTRL:SMIT
49547-482-70000-5 UP-CYC:04

| TRANS | DATE | AMOUNT | CYCLE | DLN | VARIABLE DATA |
|---|---|---|---|---|---|
| 971 | 09172005 | 0.00 | 200539 | 63977-662-02273-5 | |
| | | | | X-PLAN:000 ACTION CD:611 | |
| 520 | 10112005 | 0.00 | 200542 | 07977-684-00000-5 | CC:73 |
| 960 | 10242005 | 0.00 | 200544 | 64977-697-00739-5 | CAF SC:49 |
| 520 | 02242006 | 0.00 | 200610 | 07977-455-00100-6 | CC:73 |
| 340 | 12182006 | 0.00 | 200649 | 49554-733-15000-6 | INT TO DT:11292006 |
| 291 | 12182006 | 2,890,810.00- | 200649 | 49554-733-15000-6 | USE DEF CODE 'A' |