**Internal Revenue Service**
Appeals Office
100 West Capitol Street
Suite 1201
Jackson, MS 39269

Date: February 28, 2007

ESTATE RANKIN M. SMITH, SR.
Judith A. Mather, Attorney
1200 New Hampshire Avenue, NW
Washington, DC 20036-6802

**Department of the Treasury**

**Person to Contact:**
T. Gary Stewart
Employee ID Number: 72-20094
Tel: 601-292-4783
Fax: 601-292-4785
**Refer Reply to:**
AP:FE:JCK:TGS
**Estate of:**
Rankin M. Smith, Sr.
SSN: 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V
**Date of Death:**
October 26, 1997

Certified Mail:

Dear Ms. Mather:

In accordance with your request set forth in your letter of February 23, 2007, we have disallowed the above-referenced claim filed by the Estate of Rankin M. Smith, Sr., (the "Estate"). This letter is legal notice to the Estate that its claim for refund in the amount of $1,385,838.61 is fully disallowed.

If the Estate wishes to bring suit or proceedings for the recovery of any tax, penalties, or other moneys for which this disallowance notice is issued, the Estate may do so by filing such a suit with the United States District Court having jurisdiction, or the United States Court of Federal Claims. The law permits the Estate to do this within two (2) years from the mailing date of this letter. However, if the Estate signed a waiver of the notice of disallowance (Form 2297), the period for bringing suit began to run on the date the waiver was filed.

If you have any questions, please contact the person whose name and telephone number are shown above.

Sincerely,

T. Gary Stewart

T. Gary Stewart
Appeals Officer