RECEIVED
SEP 19 2007
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
Estate of Rankin M. Smith, Sr., SunTrust Bank, Taylor W. Smith and Rankin M. Smith, Jr., Co-Executors
If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Judith A. Mather
Firm Name: Dow Lohnes PLLC
Post Office Box: ______
Street Address: 1200 New Hampshire Avenue, N.W., Suite 800
City-State-Zip: Washington, D.C. 20036
Telephone & Facsimile Numbers: phone (202) 776-2714; fax (202) 776-4714

Is the attorney of record admitted to the Court of Federal Claims Bar? ☒ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☒ Yes ☐ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 2 0 4
Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain. ______

Agency Identification Code: T R E
See attached sheet for three-digit codes.

Amount Claimed: $ at least $17,000,000
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ☒ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $ Not Applicable
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination: Not Applicable

Related Cases:
Is this case directly related to any pending or previous case? ☒ Yes ☐ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.