ORIGINAL

FILED
SEP 19 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ESTATE OF RANKIN M. SMITH, Sr., SUNTRUST BANK, TAYLOR W. SMITH, and RANKIN M. SMITH, JR., Co-Executors,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

Case No: 07-676 T

## NOTICE OF FILING OF DIRECTLY RELATED CASE

In accordance with Rule 40.2 (a) of the Rules of the United States Court of Federal Claims, Plaintiff, the Estate of Rankin Smith, Sr., hereby serves Notice of Filing of Directly Related Case and states that the presently filed case should be assigned to Judge Marian Blank Horn in accordance with the requirement of C.F.C.R. 40.2(a)(2) that such case be assigned to the judge presiding in the earlier-filed, directly related case. Assignment to Judge Marian Blank Horn would also comply with her Order of September 13, 2006 (attached), would conserve judicial resources and would promote an efficient determination of this action, as set forth below:

1. The complaint in the above-captioned case brings suit for a refund of estate taxes erroneously assessed and collected from the Estate of Rankin M. Smith, Sr., by the Internal Revenue Service. The claims presented by this complaint are substantially the same as those presented in a previously filed complaint with the same caption (Case No. 05-1028 T) and involve the same parties.

2. In accordance with Judge Marian Blank Horn's Order, dated September 13, 2006, the previously filed complaint was dismissed without prejudice (Case No. 05-1028 T, Docket No. 46) to allow plaintiff to pursue an IRS administrative review of the estate tax. See attached Order. Judge Horn's Order stated "[a]fter administrative review by the IRS, should plaintiffs file a new complaint, the clerk's office shall **WAIVE** the filing fee and **ASSIGN** the complaint to the undersigned judge [Marian Blank Horn]." See attached Order (emphasis in original).

3. Plaintiff has completed administrative review by the IRS and is refiling its complaint with substantially the same claims.

4. This Notice of Filing of Directly Related Case is being served on the Attorney General of the United States, c/o United States Department of Justice, Tax Division, Court of Federal Claims Section, as noted in the attached certificate of service.

Respectfully submitted this 19th day of September, 2007.

Judith A. Mather

Judith A. Mather (Attorney of Record)
Tel: (202) 776-2714
Fax: (202) 776-4714

Richard L. Braunstein
Bernard J. Long, Jr.
A. L. Bertoldo

DOW LOHNES PLLC
Suite 800
1200 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 776-2000
Fax: (202) 776-2222

COUNSEL FOR THE ESTATE

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2007 I have caused a copy of the foregoing Notice of Filing of Directly Related Case to be served on counsel for the defendant by depositing a copy in the United States mail, postage paid, addressed as follows:

U.S. Department of Justice
Tax Division
Court of Federal Claims
P.O. Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Attn: Steven I. Frahm, Assistant Chief

Judith A. Mather

Judith A. Mather (Attorney of Record)
DOW LOHNES PLLC
Suite 800
1200 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 776-2714
Fax: (202) 776-4714

# In The United States Court of Federal Claims

| | |
|---|---|
| ESTATE OF RANKIN M. SMITH, SR., et al., Plaintiffs, v. UNITED STATES, Defendant. | No. 05-1028T<br>Filed: September 13, 2006 |

## ORDER

The court received the plaintiffs' September 12, 2006 motion to dismiss the complaint in the above-captioned case, without prejudice, in order to pursue an IRS administrative review of the estate tax. Plaintiffs' motion is **GRANTED**. The complaint in this case is, hereby, **DISMISSED**, without prejudice, pursuant to RCFC 41(a)(2). After administrative review by the IRS, should plaintiffs file a new complaint, the clerk's office shall **WAIVE** the filing fee and **ASSIGN** the complaint to the undersigned judge. Any such filing by plaintiffs should cite and draw the attention of the clerk's office to this Order.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**