# In the United States Court of Federal Claims

| | |
|---|---|
| **ESTATE OF RANKIN M. SMITH, SR., SUNTRUST BANK, TAYLOR W. SMITH, and RANKIN M. SMITH, JR., Co-Executors,** | |
| **Plaintiff,** | **No. 07-676T** |
| **v.** | **Filed: September 25, 2007** |
| **UNITED STATES,** | |
| **Defendant.** | |

## O R D E R

The court is in receipt of the plaintiff's September 19, 2007 complaint. The court notes that case no. 05-1028T, which was dismissed without prejudice to permit an administrative review of the plaintiff's claims by the Internal Revenue Service, has returned as the above-captioned and newly numbered case. The court, therefore, **SCHEDULES** an early status conference for **Friday, November 30, 2007, 10:30 a.m. EST**. The parties may appear by telephone. Unless otherwise notified, plaintiff's counsel will be contacted at (202) 776-2714 and defendant's counsel will be contacted at (202) 307-6506. The parties shall be prepared to describe what occurred during the IRS review, and to propose how to proceed, with milestones and a timeline.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**