***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

| | | |
|---|---|---|
| ESTATE OF RANK M. SMITH, SR. SUNTRUST BANK, TAYLOR W. SMITH, and RANKIN M. SMITH, JR., Co-Executors, | ) | |
| Plaintiff, | ) | **No.07-676 T** |
| | ) | **(Judge Marian Blank Horn)** |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Benjamin C. King, Jr., as attorney of record for the United States. Service of all papers by the opposing party should be addressed as follows:

Benjamin C. King, Jr., Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

September 27, 2007

s/Benjamin C. King, Jr.,
Benjamin C. King, Jr.
U. S. Department of Justice Department
Tax Division
Court of Federal Claims Section
Voice (202) 307-6506
Fax (202) 514-9440